UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS


UNTIED STATES OF AMERICA,      )
                                    )      DEFENDANT'S RESPONSE TO
          VS.                )      PROBATION OFFICER'S PRESENTENCE
                                    )      REPORT
JOHN OLIVEIRA & SONS STAMP     )
CONCRETE, INC.                )      DOCKET NO. 0101 1:26CR10004-1


Now comes, John Oliveira & Sons Stamp Concrete, Inc. and requests that this Honorable Court consider the removal/modification of the following conditions as set forth in the Probation Officer's Presentence Report:

1.  Conditions of Supervision (Page 13, #2) "You must not unlawfully possess a controlled substance".

    The Defendant is a corporation and therefore this condition does not apply. Further, the Defendant states that the two principal family members that run the company (Brian Oliveira and Michael Oliveira) do not have a history of substance abuse issues.

2.  Special Conditions (Page 14, #3) "You are prohibited from incurring new credit charges or opening additional lines of credit without the approval of the Probation Office while any financial obligations remain outstanding".

    The Defendant corporation has set aside all of the funds needed to pay the restitution in full and the company anticipates making the full payment immediately after sentencing. As such, its financial ability to pay will not be an issue after the restation payment is made.

    The Defendant asks that this condition be removed so that the company can continue to conduct business. Defendant is a business and incurs credit charges in order to operate their seasonal business in the normal course of business. Additionally, the company is anticipating buying out the shares of their retiring father and their brother, both of whom are stockholders who have not actively participated in several years. The company may need to borrow money to complete that anticipated transaction.

    As such, the Defendant requests the Court remove this condition or otherwise modify it so that after the restitution payment is made in full, the Defendant can continue to conduct business in the normal course and is allowed to borrow money in order to purchase the shares of two of the stockholders.

In further support of this request, Defendant states that it has complied with all of the requirements imposed by OSHA and delivered its abatement documentation to OSHA. This work included the destruction of the soil screener involved in the accident; the creation of written safety policies; the acquisition of certain safety equipment; and employee training in both English and Spanish. A copy of the materials provided to OSHA are attached hereto as Exhibit "A".

John Oliveira & Sons Stamp Concrete, Inc.
By its Attorney,

Dated: April 29, 2026

John A. Markey, Jr., Esq.
Markey & Walsh
50 Homers Wharf
New Bedford, MA 02740
(508) 994-3393
BBO#: 633540
jmarkey@msmw-law.com

## *CERTIFICATE OF SERVICE*

I, John A. Markey, Jr., hereby certify that on the 29th day of April, 2026, a true copy of the above pleading was forwarded via ECF to the following:

Kaileen Paiva
Senior Probation Office

William F. Abely, II, Esq.
Assistant U.S. Attorney

John A. Markey, Jr., Esq.