EXHIBIT "A"

*John Oliveira & Sons Stamp Concrete, Inc.*
*33 Middleboro Road*
*PO BOX 247*
*East Freetown, MA 02717*

ABATEMENT CERTIFICATION

*29 C.F.R.§ 1903.19(c)*

To:    Area Director, OSHA Area Office:

James Mullian
Area Director
OSHA - Boston South Area Office
639 Granite Street, Floor 1
Braintree, MA 02184
Mulligan.James@dol.gov

Company Name: John Oliveira & Sons Stamp Concrete, Inc.
Street: 33 Middleboro Rd
City: East Freetown
State: MA
Zip: 02717

The hazard referenced in Inspection Number 1695934 for the violation identified as Citation OSHRC DOCKET NO. 23-1865. Item 6a was corrected on February 17, 2026, in the following manner:

**Fall Protection**

(a) **Fall Protection**: The company has a written policy and all company employees received training regarding OSHA Regulations 29 CFR 1926.500 Fall Protection at the offices of Marine Safety Consultants, 26 Water Street, Fairhaven, MA 02719 *[Exhibit – A]*
(b) **Written work rule**: Corrected – February 17, 2026 *[Exhibit – B]*

**Soil Screener Machine:**

The hazard referenced in Inspection Number 1695934 for the violation identified as Citation OSHRC DOCKET NO. 23-1865 and Item 6 has been corrected in the following manner:

(a) Respondent contracted with Pettey Salvage Yard, 5 Bryant St, Assonet, MA 02702 to destroy the screener. See destruction certificate *[Exhibit – C]*

The hazard referenced in Inspection Number 1695934 for the violation identified as Citation OSHRC

Area Director, OSHA Area Office
March 9, 2026
Page 2

DOCKET NO. 23-1865 and Item 6 was corrected on February 17, 2026, in the following manner:

### Lock-out/Tag-out:

(a) *Lock-out/Tag-out*: The company has a written policy and all company employees received training regarding OSHA Regulations 29 CFR 1910.147 The control of hazardous energy (lockout/tagout) at the offices of Marine Safety Consultants, 26 Water Street, Fairhaven, MA 02719. *[Exhibit – D]*
(b) *Energy control systems – Provide appropriate isolating devices. [Exhibit – E]*
(c) *Authorized employee to perform LOTO functions- [Exhibit – F]*
(d) *New employee program developed for a required training orientation and a checklist. [Exhibit – G]*

### Review of Machinery/Equipment:

(e) *Change Management procedure - [Exhibit – H]*.

### Recordkeeping:

(f) *OSHA Form 300 posted for the calendar year 2023 posted – Respondent advises the OSHA Form 300 was posted November 23, 2023.[Exhibit – I]*

I certify that the information contained in this document is accurate and that the affected employees and their representatives have been informed of the abatement activities described in this certification.

For:          RESPONDENT

Signature
Printed Name:  Michael Oliveira
Title:  Owner
Date:  March 9, 2026

# EXHIBIT A

# OLIVEIRA CONCRETE

## February 17, 2026

| NAME (PRINT) | SIGNATURE |
|---|---|
| Eluis Galdamaz | [signature] |
| MAXIMO TIQUIRAM | [signature] |
| Auofenio Yax Chipalun | |
| Andrew Costa | Andew Costa |
| Isaac Gracia | [signature] |
| Matthew Lopes | Matthew Lopes |
| Lazaro Amperez | |
| Pedro Yax | [signature] |
| Jeronicas Yax | [signature] |
| Eleazar Alémin | [signature] |
| Brian Oliveira | [signature] |
| Michael Oliveira | [signature] |
| Lourdes DaSilva | [signature] |
| Jose E Romero Dominguez | [signature] |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

# EXHIBIT B



# Fall Protection Program

1

The following fall protection program is provided as a guide to assist employers in complying with the requirements of OSHA's Fall Protection Standard, 29 CFR 1926, Subpart M*. This fall protection plan is provided as a resource, it is not designed to address all construction activities and fall hazards.

This program is not intended to supersede the requirements of the OSHA standards. The employer should regularly review the standard for requirements that are applicable to their individual situation and adjust this program specifically to their company. The employer must add information relevant to their operations to develop this sample program into an effective, comprehensive program.

* Information relating to fall protection requirements within Standard, 29 CFR 1926, Subpart M was sourced from OSHA.



The information used to create this resource was obtained from sources believed to be reliable to help users address their own risk management and insurance needs. It does not and is not intended to provide legal advice. Nationwide, its affiliates and employees do not guarantee improved results based upon the information contained herein and assume no liability in connection with the information or the provided suggestions. The recommendations provided are general in nature; unique circumstances may not warrant or require implementation of some or all of the suggestions. Nationwide, Nationwide is on your side, and the Nationwide N and Eagle are service marks of Nationwide Mutual Insurance Company. © 2022 Nationwide

2

# TABLE OF CONTENTS

TABLE OF CONTENTS .................................................................................................. 3

OBJECTIVE ................................................................................................................ 5

POLICY ...................................................................................................................... 5

ASSIGNMENT OF RESPONSIBILITY ........................................................................ 5

Employer ................................................................................................................. 5

Program Manager ................................................................................................... 5

Employees .............................................................................................................. 6

TRAINING .................................................................................................................. 6

HAZARD ANALYSIS .................................................................................................. 7

PASSIVE FALL PROTECTION SYSTEMS ................................................................ 7

Covers .................................................................................................................... 7

Guardrail Systems ................................................................................................. 7

Toprails .............................................................................................................. 7

Midrails .............................................................................................................. 8

Barricades .............................................................................................................. 8

Safety Net Systems ............................................................................................... 8

ACTIVE FALL PROTECTION SYSTEMS ................................................................... 8

Personal Fall Arrest System .................................................................................. 8

Fall Restraint Systems ........................................................................................... 9

Personal Fall Arrest/Restraint Components ........................................................... 9

Anchorages ........................................................................................................ 9

Body Harness ..................................................................................................... 9

Connecting Devices ........................................................................................... 10

Horizontal Lifelines ............................................................................................ 10

Ladder Safety Devices ....................................................................................... 10

Positioning Device Systems ............................................................................... 10

Self-retracting Lifelines and Lanyards (SRL) ..................................................... 11

Vertical Lifelines ................................................................................................ 11

ADDITIONAL TYPES OF FALL PROTECTION .......................................................... 11

Warning Line Systems ........................................................................................... 11

Safety Monitoring Systems .................................................................................... 12

Controlled Access Zones (CAZ) ............................................................................ 12

TASKS AND WORK AREAS REQUIRING FALL PROTECTION ................................ 13

**Framework and Reinforcing Steel** ........................................................................ **13**

**Hoist Areas** ........................................................................................................ **13**

**Holes** .................................................................................................................. **13**

**Leading Edges** ................................................................................................... **13**

**Wall Openings** .................................................................................................... **13**

**Ramps, Runways, and Other Walkways** ............................................................... **14**

**PROTECTION FROM FALLING OBJECTS** ............................................................... **14**

**ACCIDENT INVESTIGATIONS** ................................................................................ **14**

**RESCUE** ............................................................................................................... **15**

**CHANGES TO THE PLAN** ...................................................................................... **15**

## Fall Protection Program
## *JOHN OLIVEIRA & SONS*

## OBJECTIVE

The objective of *John Oliveira & Sons* Fall Protection Program is to identify and evaluate fall hazards to which employees will be exposed and to provide specific training as required by the Occupational Safety and Health Administration (OSHA) Fall Protection Standard, 29 CFR 1926, Subpart M.

## POLICY

It is the policy of *John Oliveira & Sons* to protect its employees from occupational injuries by implementing and enforcing safe work practices and appointing a competent person(s) to manage the Fall Protection Program. *John Oliveira & Sons'* Fall Protection Program shall comply with the OSHA requirements. A copy of the OSHA Fall Protection Standard shall be made available to all employees and may be obtained from Lourdes DaSilva.

## ASSIGNMENT OF RESPONSIBILITY

### Employer

It is the responsibility of *John Oliveira & Sons* to provide fall protection to affected employees, and to ensure that all employees have been trained to understand and adhere to the procedures of this plan and follow the instructions of Michael Oliveira.

### Program Manager

It is the responsibility of Michael Oliveira as the Fall Protection Program Manager to implement this program by:

- Performing routine safety audit of work operations.
- Enforcing *John Oliveira & Sons* safety policy procedures.
- Correcting any unsafe practices or conditions immediately.
- Stop work if immediately correcting any unsafe practices or conditions is infeasible.
- Training employees and supervisors in recognizing fall hazards and the use of fall protection systems.
- Maintaining records of employee training, equipment issue, and fall protection systems used at *John Oliveira & Sons* jobsites.
- Investigating and documenting all incidents that result in employee injury, damage to equipment.

5

**Employees**

It is the responsibility of all employees to:

- Understand and adhere to the procedures outlined in this Fall Protection Program.
- Follow the instructions of Michael Oliveira.
- Alert management of any unsafe or hazardous conditions or practices that may cause injury to either themselves or any other employees.
- Report any incident that causes injury to an employee, regardless of the nature of the injury.

## TRAINING

*John Oliveira & Sons* shall provide a training program for each employee who might be exposed to fall hazards. The program shall enable each employee to recognize the hazards of falling and shall train each employee in the procedures to follow in order to mitigate these hazards.

*John Oliveira & Sons* shall assure that each employee has been trained, as necessary, by a competent person qualified in the following areas: refer to: 1926.503(a)(2)(i)-(viii)

*John Oliveira & Sons* shall verify compliance with OSHA by preparing a written certification record. The written certification record shall contain the name or other identity of the employee trained, the date(s) of the training, and the signature of the person who conducted the training or the signature of the employer.

Training of employees shall include:

- Fall hazards employees may be exposed to.
- Correct procedures for erecting, maintaining, disassembling and inspecting fall protection systems.
- Use and operation of controlled access zone, guardrail, personal fall arrest, safety net, warning line and safety monitoring systems.
- Role of each employee in the Safety Monitoring System (if one is used).
- Limitations on the use of mechanical equipment during roofing work on low-slope roofs (if applicable).
- Correct procedures for equipment and materials handling, and storage and erection of overhead protection.
- Role of each employee in alternative Fall Protection Plans (if used).
- Requirements of the OSHA Fall Protection Standard, 29 CFR 1926, Subpart M.

6

- ***John Oliveira & Sons*** requirements for reporting incidents that cause injury to an employee.

## HAZARD ANALYSIS

Management believes hazard analysis is a critical step to maintaining employee safety. Failure to identify potential hazards will leave our employees unprepared to evaluate and mitigate potential risk. Our hazard analysis process will evaluate how our employees interact or complete assigned task around these potential hazards.

Keys areas in our hazard analysis include:
- Identifying tasks that could expose employees to fall hazards.
- Identifying all hazards within each designated work area.
- Evaluating how frequently employees will conduct tasks while considering potential severity.
- Evaluating weather or other environmental conditions could contribute to fall hazards.
- Determining if employees need to move horizontally, vertically or in both directions.
- Determining fall distances to lower levels.

## PASSIVE FALL PROTECTION SYSTEMS

### Covers

- All covers shall be secured to prevent accidental displacement.
- Covers shall be color-coded or bear the markings "HOLE" or "COVER".
- Covers located in roadways shall be able to support twice the axle load of the largest vehicle that might cross them.
- Covers shall be able to support twice the weight of employees, equipment and materials that might cross them.

### Guardrail Systems

Guardrail systems are hard barriers erected to protect employees from falling. Use of system will be determined by the Michael Oliveira or Brian Oliveira. The following specifications will be followed in the erection of guardrail systems.

Screens, midrails, mesh, intermediate vertical members, or equivalent intermediate structural members must be installed between the top edge of the guardrail system and the walking or working surface when there are no walls or parapet walls at least 21 inches high.

### Toprails

- Forty-two (42) inches (plus or minus three (3) inches) above the walking/working level.

7

- Adjusted to accommodate the height of stilts or jump pans if they are in use.
- Wire rope being used as a toprail must be flagged at not more than 6-foot intervals with high-visibility material.

### Midrails

- Must be installed at a height midway between the top edge of the guardrail system and the walking or working level.

## Barricades

Barricades are established to prevent employees from entering an area with fall hazards, including falling objects. Barricaded areas must be marked with signage to alert employees of hazards.

## Safety Net Systems

When safety nets are used, they must be installed as close as practicable under the walking or working surface on which workers are working and never more than 30 feet below that level.

- Drop-testing is required to ensure that safety nets and safety net installations are working properly. See 29 CFR 1926.502(c) (4)(i) for more details.
- All safety nets must be installed with sufficient clearance underneath to prevent a falling body from hitting the surface or structure below the net.
- All nets shall be inspected at least once a week for wear, damage, or deterioration by Michael Oliveira. Defective nets shall be removed from use and replaced with acceptable nets.
- All nets shall be in compliance with mesh, mesh crossing, border rope, and connection specifications as described in the OSHA Fall Protection Standard.
- When nets are used on bridges, the potential fall area from the walking/working surface shall remain unobstructed.
- Objects that have fallen into safety nets shall be removed as soon as possible, and at least before the next working shift.

## ACTIVE FALL PROTECTION SYSTEMS

### Personal Fall Arrest System

Personal fall arrest systems (PFAS) shall be issued to and used by employees as determined by Michael Oliveira. PFAS consist of; anchorage, body harness, and connectors (ABC's).

Personal fall arrest systems shall:
- Limit the maximum arresting force to 1800 pounds when used with a body harness.

- Be rigged so an employee cannot free fall more than six (6) feet or contact any lower level.
- Bring an employee to a complete stop and limit the maximum deceleration distance traveled to three and a half feet.
- Have strength to withstand twice the potential impact energy of an employee free falling six (6) feet or the free fall distance permitted by the system, whichever is less.
- Be inspected prior to each use for; wear, damage, and other deterioration.
- Remove defective components from service.

## Fall Restraint Systems

Fall restraint systems will prevent employees from falling any distance. To determine the force needed to restrain an employee, consideration is given to the force that would be generated by the worker walking, leaning, or sliding down the working surface. OSHA has no specific standards for restraint systems, however, at a minimum, fall restraint systems should have:

- The capacity to withstand at least 3,000 pounds of force.
- Or twice the maximum expected force needed to restrain the worker from exposure to the fall hazard.

## Personal Fall Arrest/Restraint Components

Components of a fall arrest system shall meet the specifications of the OSHA Fall Protection Standard and shall be used in accordance with manufacturer's instructions.

## Anchorages

Anchorages used to attach PFAS must:
- Support at least 5000 pounds per person attached or capable of supporting at least twice the expected impact.
- Designed, installed and used under the supervision of Michael Oliveira.
- Independent of any anchorage used to support or suspend platforms.

## Body Harness

Full body harness includes shoulder, chest, leg straps, and at least one D-ring. Straps can have adjustable buckles or fasteners depending on manufacturer. Some harnesses also include a body belt.

- The D-ring between the shoulder blades is used with a connector to arrest a fall. D-rings can be in other positions of a harnesses for use with positioning devices and ladder safety devices.
- When a harness is properly donned and adjusted, the D-ring will be between the top of the shoulder blades. The leg straps will be snug around the thighs.

9

- Harnesses come in different sizes and have weight restrictions. It is important to add any toolbelts, tools, and gear employees wear for total weight .
- Harnesses can be gender specific for proper fit.

## Connecting Devices

Connecting devices are used to attach the **Full Body Harness** to the **Anchorage** point. There are many options to consider when selecting connecting devices. The type of connecting device will vary depending on scope of work and fall hazards.

Connecting devices Include:

- Shock absorbing lanyards
- Self-retracting lifelines/lanyards (SRL's)
- Positioning Hooks

## Horizontal Lifelines

- Designed, installed and used under the supervision of Michael Oliveira as part of a complete personal fall arrest system, which maintains a safety factor of at least two.
- Must protected against cuts and abrasions.
- Equipped with lifeline connection devices capable of locking in both directions on the lifeline when used on suspended scaffolds or similar work platforms that have horizontal lifelines that may become vertical lifelines.

## Ladder Safety Devices

Ladder safety devices or systems are used to climb fixed ladders. The system includes a body harness, carabiner, carrier rail, and safety sleeve. Ladder safety devices are available as a cable (i.e., vertical lifeline) or fixed rail system. Ladder safety components must meet the specifications of the OSHA Fall Protection Standard and systems shall be used in accordance with manufacturer's instructions.

## Positioning Device Systems

Positioning device systems allow a body belt or body harness system rigged to allow a worker to be supported on an elevated vertical surface, such as a wall, and work with both hands free while leaning back.

10

**Self-retracting Lifelines and Lanyards (SRL)**

- Sustain a minimum tensile load of 3000 pounds if they automatically limit free fall distance to two (2) feet.
- If the free fall is not limited to (2) feet, SRL's must sustain a minimum tensile load of 5000 pounds (includes ripstitch, tearing, and deforming lanyards).
- Body belt or body harness systems shall be set up so that an employee can free fall no farther than (2) feet.
- Secured to an anchorage capable of supporting twice the potential impact load or 3000 pounds whichever is greater.
- Requirements for snaphooks, dee-rings and other connectors are the same as detailed in this Program under *Personal Fall Arrest Systems.*

**Vertical Lifelines**

- Vertical lifelines and lanyards must have a minimum breaking strength of 5,000 pounds.
- Must protected against cuts and abrasions.

## ADDITIONAL TYPES OF FALL PROTECTION

**Warning Line Systems**

Warning line systems consisting of supporting sanctions and ropes, wires, or chains shall be erected around all sides of roof work areas.

- When mechanical equipment is not being used, the warning line must be erected at least 6 feet from the roof edge.
- The warning line must be flagged at no more than six (6) foot intervals with high-visibility materials.
- The lowest point of the line (including sag) shall be between 34 and 39 inches from the walking/working surface.
- Stanchions of warning line systems shall be capable of resisting at least 16 pounds of force.
- Ropes, wires or chains must have a minimum tensile strength of 500 pounds.
- When mechanical equipment is in use, warning line systems shall be:
    - Erected at least six (6) feet from the parallel edge and
    - At least ten (10) feet from the perpendicular edge to the direction of mechanical operation.

11

## Safety Monitoring Systems

Will only be used on low-slope roofing work. A supervisor shall monitor the safety of employees in these work areas and will be referred to as the safety monitor. The safety monitor must:

- Be competent in the recognition of fall hazards.
- Warn workers when it appears that they are unaware of fall hazards.
- Be on the same walking/working surfaces as the employees and able to see them.
- Close enough to work operations to speak directly with employees.
- Free of other duties to distract from their monitoring function.

No employees other than those engaged in the work being performed under the Safety Monitoring System shall be allowed in the area. All employees under a Safety Monitoring System are required to promptly comply with the fall hazard warnings of the safety monitor.

## Controlled Access Zones (CAZ)

Michael Oliveira will develop controls for access controls onsite. Controlled access zones shall be defined by control lines consisting of ropes, wires, tapes, or equivalent material, with supporting stanchions, and must:

- Flagged or otherwise clearly marked with a high-visibility material not more than six (6) foot intervals.
- Rigged and supported so that the line is between 39 and 45 inches (including sag) from the walking/working surface.
- Have a breaking strength of at least 200 pounds.
- Extended along the entire length of an unprotected or leading edge.
- Parallel to the unprotected or leading edge.
- Connected on each side to a guardrail system or wall.
- Erected between six (6) feet and 25 feet from an unprotected edge, except in the following cases:
  - When working with precast concrete members between six (6) feet and 60 feet, or half the length of the member being erected, whichever is less, from the leading edge; or
  - When performing overhand bricking and related work: between ten (10) feet and 15 feet from the working edge.

12

## TASKS AND WORK AREAS REQUIRING FALL PROTECTION

Unless otherwise specified, Michael Oliveira shall evaluate the worksite(s) and determine the specific type(s) of fall protection to be used in the following situations.

### Framework and Reinforcing Steel

Fall protection will be provided when an employee is climbing or moving at a height of over 24 feet when working with rebar assemblies.

### Hoist Areas

Guardrail systems or personal fall arrest systems will be used in hoist areas when an employee may fall six (6) feet or more. If guardrail systems must be removed for hoisting, employees are required to use a personal fall arrest system.

### Holes

Covers or guardrail systems shall be erected around holes (including skylights) that are six (6) feet or more above lower levels. If covers or guardrail systems must be removed, employees are required to use a personal fall arrest system.

### Leading Edges

Guardrail systems, safety net systems, or personal fall arrest systems shall be used when employees are constructing a leading edge that is six (6) feet or more above lower levels.  An alternative Fall Protection Plan shall be used if Michael Oliveira determines that the implementation of conventional fall protection systems is infeasible or creates a greater hazard to employees. All alternative Fall Protection Plans for work on leading edges shall:

- Be written specific to the jobsite needs.
- Include explanation of how conventional fall protection is infeasible or creates a greater hazard to employees.
- Explain what alternative fall protection will be used for each task.
- Be maintained in writing at the jobsite by the supervisor.
- Meet the requirements of 29 CFR 1926.502(k).

### Wall Openings

Guardrail systems, safety net systems, or a personal fall arrest system will be provided to employees working on, at, above or near wall openings when the outside bottom edge of the wall opening is six (6) feet or more above lower levels, and the inside bottom edge of the wall opening is less than 39

13

inches above the walking/working surface. The type of fall protection to be used will be determined by Michael Oliveira.

## Ramps, Runways, and Other Walkways

Employees using ramps, runways, and other walkways must be protected by guardrail systems from falling 6 feet or more.

## PROTECTION FROM FALLING OBJECTS

When guardrail systems are in use, the openings shall be small enough to prevent passage of potential falling objects. The following procedures must be followed by all employees to prevent hazards associated with falling objects.

- No materials (except masonry and mortar) shall be stored within four (4) feet of working edges.
- Excess debris shall be removed regularly to keep work areas clear.
- During roofing work, materials and equipment shall be stored no less than six (6) feet from the roof edge unless guardrails are erected at the edge.
- Stacked materials must be stable and self-supporting.
- Canopies shall be erected along the edge of the overhead walking/working surface for a distance sufficient to protect employees below.
- Toeboards shall be erected along the edge of the overhead walking/working surface for a distance sufficient to protect employees below.
  - Solid with a minimum of three and a half inches tall and no more than one quarter (1/4) inch clearance above the walking/working surface.
- Equipment/materials shall not be piled higher than the toeboard unless sufficient paneling or screening has been erected above the toeboard.

## ACCIDENT INVESTIGATIONS

All incidents that result in injury to workers, as well as near misses, regardless of their nature, shall be reported and investigated. Investigations shall be conducted by Michael Oliveira as soon after an incident as possible to identify the cause and means of prevention to eliminate the risk of reoccurrence.

In the event of such an incident, the Fall Protection Program (and alternative Fall Protection Plans, if in place) shall be reevaluated by Michael Oliveira to determine if additional practices, procedures or training are necessary to prevent similar future incidents.

14

## RESCUE

Speed of rescue is critical after a fall, as suspension in a fall arrest device can cause unconsciousness or death in less than 30 minutes. The simplest form of rescue should always be the first option (e.g. ladder)

Our goal is to provide prompt rescue of our employees in the event of a fall or shall assure that employees are able to rescue themselves. The rescue plan should incorporate the following components and be specific to the construction site:

- Call 911 in the event of a fall.
- All employees shall be trained on self-rescue techniques and associated self -rescue equipment (e.g. trauma straps, self-rescue ladders, rescue harness, etc.).
- Employee training shall also include signs and symptoms of suspension trauma.
- Train employees to note time of fall and continue to track how long employee has been suspended for.
- The Competent person for the jobsite shall be trained in general assisted rescue techniques.
- The Competent person for the jobsite will be required to identify all potential obstructions that could hinder rescue efforts prior to the job starting.
- A chain of command on the jobsite must be established and contain names of who will respond and coordinate rescue effort.
- Ensure jobsites contain a list of employees who are first aid trained.
- First aid supplies must be maintained on each jobsite.
- Rescue equipment shall be available at all jobsites where employees are working at heights and exposed to a fall.
- The site-specific plan should note the location of where rescue equipment is stored.
- The pre-planning phase should determine whether rescue equipment would be adequate to reach employees at heights specific to the jobsite.
- Technical rescue should only be performed by competent or authorized and trained rescuers.
- Methods of communication (radios, cell phone, verbal communication, etc.) with employees shall be identified ahead of time.  Ensure cell numbers for employees are readily available.

## CHANGES TO THE PLAN

Any changes to the Fall Protection Program (and alternative Fall Protection Plans, if in place) shall be approved by Michael Oliveira and shall be reviewed by a qualified person as the job progresses to determine additional practices, procedures or training needs necessary to prevent fall injuries. Affected employees shall be notified of all procedure changes and trained if necessary. A copy of this plan, and any additional alternative Fall Protection Plans, shall be maintained at the jobsite by the supervisor.

15

## GLOSSARY

**Anchorage**: a secure point of attachment for lifelines, lanyards, or deceleration devices.

**Authorized Person:** a **person** approved or assigned by the employer to perform a specific type of duty or duties or to be at a specific location or locations at the jobsite.

**Body belt**: a strap with means both for securing it about the waist and for attaching it to a lanyard, lifeline, or deceleration device.

**Body harness**: straps that may be secured about the person in a manner that distributes the fall-arrest forces over at least the thighs, pelvis, waist, chest, and shoulders with a means for attaching the harness to other components of a personal fall arrest system.

**Competent Person:** one who is capable of identifying existing and predictable hazards in the surroundings or working conditions which are unsanitary, hazardous, or dangerous to employees, and who has authorization to take prompt corrective measures to eliminate them

**Connector:** A device that is used to couple (connect) parts of a personal fall arrest system or positioning device system together.

**Controlled access zone**: a work area designated and clearly marked in which certain types of work (such as overhand bricklaying) may take place without the use of conventional fall protection systems (guardrail, personal arrest, or safety net) to protect the employees working in the zone.

**Deceleration device**: any mechanism, such as rope, grab, ripstitch lanyard, specially woven lanyard, tearing or deforming lanyards, and automatic self-retracting lifelines/lanyards, which serves to dissipate a substantial amount of energy during a fall arrest, or otherwise limits the energy imposed on an employee during fall arrest.

**Deceleration distance**: the additional vertical distance a falling person travels, excluding lifeline elongation and free fall distance, before stopping, from the point at which a deceleration device begins to operate.

**Guardrail system**: a barrier erected to prevent employees from falling to lower levels.

**Hole**: a void or gap two (2) inches (5.1 centimeters) or more in the least dimension in a floor, roof, or other walking/working surface.

**Lanyard**: a flexible line of rope, wire rope, or strap that generally has a connector at each end for connecting the body belt or body harness to a deceleration device, lifeline, or anchorage.

16

**Leading edge**: the edge of a floor, roof, or formwork for a floor or other walking/working surface (such as a deck) which changes location as additional floor, roof, decking, or formwork sections are placed, formed, or constructed.

**Lifeline:** a component consisting of a flexible line for connection to an anchorage at one end to hang vertically (vertical lifeline), or for connection to anchorages at both ends to stretch horizontally (horizontal lifeline), that serves as a means for connecting other components of a personal fall arrest system to an anchorage.

**Low slope roof**: a roof having a slope less than or equal to 4 in 12 (vertical to horizontal).

**Wall Opening**: a gap or void 30 inches (76 centimeters) or higher and 18 inches (46 centimeters) or wider, in a wall or partition, through which employees can fall to a lower level.

**Personal fall arrest system**: a system including but not limited to an anchorage, connectors, and a body harness used to arrest an employee in a fall from a working level.

**Positioning device system**: a body belt or body harness system rigged to allow an employee to be supported on an elevated vertical service, such as a wall, and work with both hands free while leaning backwards.

**Qualified**: one who, by possession of a recognized degree, certificate, or professional standing, or who by extensive knowledge, training, and experience, has successfully demonstrated his ability to solve or resolve problems relating to the subject matter, the work, or the project.

**Rope grab**: a deceleration device that travels on a lifeline and automatically, by friction, engages the lifeline and locks to arrest a fall.

**Safety monitoring system**: a safety system in which a competent person is responsible for recognizing and warning employees of fall hazards.

**Self-retracting lifeline/lanyard**: a deceleration device containing a drum-wound line which can be slowly extracted from, or retracted onto, the drum under minimal tension during normal employee movement and which, after onset of a fall, automatically locks the drum and arrests the fall.

**Snaphook**: a connector consisting of a hook-shaped member with a normally closed keeper, or a similar arrangement, which may be opened to permit the hook to receive an object and, when released automatically, closes to retain the object.

**Steep roof**: a roof having a slope greater than 4 in 12 (vertical to horizontal).

17

**Suspension trauma:** (also known as "harness-induced pathology" or "orthostatic shock while suspended") is the natural physiological response to the human body being held motionless in a vertical position for a period of time, resulting in presyncope symptoms or loss of consciousness.

**Toeboard:** a low protective barrier that prevents material and equipment from falling to lower levels and which protects personnel from falling.

**Unprotected sides and edges:** any side or edge (except at entrances to points of access) of a walking/working surface (e.g., floor, roof, ramp, or runway) where there is no wall or guardrail system at least 39 inches (1 meter) high.

**Walking/working surface:** any surface, whether horizontal or vertical, on which an employee walks or works, including but not limited to floors, roofs, ramps, bridges, runways, formwork, and concrete reinforcing steel.  Does not include ladders, vehicles, or trailers on which employees must be located to perform their work duties.

**Warning line system:** a barrier erected on a roof to warn employees that they are approaching an unprotected roof side or edge, and which designates an area in which roofing work may take place without the use of guardrail, body belt, or safety net systems to protect employees in the area.



18

# EXHIBIT C

Pettey Auto SalvageLLC

# SECURE DOCUMENT DESTRUCTION CERTIFICATE

This certifies that the following materials have been securely destroyed in accordance with industry regulations and compliance standards:

- **Type of Equipment Destroyed: Screener and system**

- **Quantity Destroyed: One complete piece**

- **Destruction Method: Industrial-grade shredding**

- **Location of Destruction: Pettey Salvage yard / One way Recycling yard**

The above materials have been rendered irrecoverable and disposed of in an environmentally responsible manner.

**Authorized by:**

**DAVID PETTEY**
Manager Pettey Auto Salvage LLC

**ISSUED ON MARCH 7TH 2026**

# EXHIBIT D

# OLIVEIRA CONCRETE

## February 17, 2026

| NAME (PRINT) | SIGNATURE |
|---|---|
| Eluis Galdamez | *(signature)* |
| MAXIMO TIQUIRAM | *(signature)* |
| Aurelio Yax Chilaleu | |
| Andrew Costa | *(signature)* Andrew Costa |
| Isaac Gracia | *(signature)* |
| Matthew Lopes | *(signature)* |
| Lazaro Perez | |
| Pedro Yax | *(signature)* |
| Domingos Yax | *(signature)* |
| Eleazar Aleman | *(signature)* |
| Brian Oliveira | *(signature)* |
| Michael Oliveira | *(signature)* |
| Lourdes DaSilva | *(signature)* |
| Jose E. Romero Dominguez | *(signature)* |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

# EXHIBIT E



Last purchased Dec 6, 2023

Add to cart

 **TRADESAFE**

Visit the Store

4.7 ★★★★☆ (446)

## TRADESAFE Lockout Tagout Kit with Hasps, Lockout Tags, Red Loto Locks - Electrical Lock Out Tag Out Kits for OSHA Compliance, Personal Loto Kit (2 Keys Per Lock)

**Amazon's Choice**

# EXHIBIT F

## _AUTHORIZED PERSONNEL IN_
## _JOHN OLIVEIRA & SONS STAMP CONCRETE INC._
## _LOCKOUT/TAGOUT PROGRAM_

| _Name_ | _Job Title_ |
|---|---|
| Michael Oliveira | Owner |
| Brian Oliveira | Owner |
| Matthew Lopes | Foreman |

# EXHIBIT G



## Lockout/Tagout
(29CFR 1910.147)

**Note: The following models provided as a guideline only. Employers must develop written programs that are specific to their companies' needs. The Control of Hazardous Energy**

In compliance with 29 CFR 1910.147, John Oliveira & Sons Stamp Concrete Inc. ("Company") located at 33 Middleboro Road, East Freetown, Massachusetts, has developed and implemented a *Lockout/Tagout Program*. The program establishes policies and procedures for affixing appropriate lockout devices and, in some instances, tagout devices, to energy isolating machines or equipment. Such policies and procedures have been developed and implemented to prevent unexpected energization, start-up, or release of stored energy.

The following person(s)/employee(s) have been instructed by John Oliveira & Sons Stamp Concrete Inc. in the Company's *Lockout/Tagout Program* and are **<u>authorized</u>** to perform the *Lockout/Tagout Procedure*:

| Name | Job Title | Date of Instruction |
|---|---|---|
| Matthew Lopes | Foreman | 02/17/2026 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**Note:** Training records and the training plan are located in the Middleboro office.

1

The following list of **affected** persons/employees have been made aware of the *Lockout/Tagout Program* and are required to be notified when the procedure is to be implemented.

| Name | Job Title | Date of Instruction |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Note: Training records and the training plan may be located in the personnel office or file.

2

# TRAINING ATTENDANCE SHEET

On _____, the following employees were trained on the *Lockout/Tagout Program* for _____Company. Please refer to *Appendix C* for key points of the training plan.

**AUTHORIZED EMPLOYEES' SIGNATURES:**



**AFFECTED EMPLOYEES' SIGNATURES:**

3

# GENERAL LOCKOUT TAGOUT POLICIES AND PROCEDURES

**Refer to *Appendix A* and *Appendix B* for Required Machine-Specific Procedure Forms**

In the event that a machine or piece of equipment does not have a specific procedure, contact _____ at _____ immediately. Work cannot proceed until a machine specific procedure is in place.

The following policies and procedures are in accordance with 29 CFR 1910. 147. The reference source is contained in 29 CFR Parts 1900 to 1910 as of July 1, 1994.

I.    The **authorized** employee or person shall prepare to implement the *Lockout/Tagout Procedure* by implementing the following steps:

   a.   **Notify all affected** employees that the *Lockout/Tagout Procedure* will be implemented because servicing or maintenance on a machine or equipment is required.

   b.   The **authorized** employee/person shall refer to the company's equipment survey to identify the type and magnitude of the energy that the machine or equipment utilizes. The equipment or machine shall be shut down or tuned off by the normal stopping procedure such as depressing the stop button etc.

   c.   **Deactivate** the energy isolating device(s) so that the equipment is isolated from its energy source(s).

   d.   **Lock out** the energy isolating device(s) with assigned individual lock(s).

   e.   **Stored energy** such as that in springs, capacitators, elevated machine members, rotating flywheels, hydraulic systems, and air, gas, steam, or water pressure etc. **must be dissipated or restrained** by methods such as repositioning, blocking, bleeding down, etc.

   f.   **After ensuring that no personnel are exposed, and as a check on having disconnected the energy sources, verify the isolation of the machine/equipment by operating the push button, start button or other normal operating controls or by testing to make certain the equipment will not operate.**

**CAUTION:** Return the operating control (s) to "neutral" or "off" position after the test.

   g.   The equipment/machinery is now locked out.

II.    **Restoration of Machines/Equipment to Normal Operations:**

   a.   **Check** the machine/equipment and the immediate area to ensure that nonessential items have been removed and that the machine or equipment components are operationally intact.

   b.    **Check** the work area to ensure that all employees have been safely repositioned or removed from the area.

   c.   **Verify** the controls are in neutral.

   d.   **Remove** the lockout devices and reenergize the machine or equipment.

4

**NOTE:** The removal of some forms of blocking may require reenergization of the machine before safe removal.

e. **Notify** affected employees that the servicing or maintenance is completed and the machine or equipment is ready to be used.

# GROUP LOCKOUT OR TAGOUT

When servicing or maintenance is performed by a crew, craft, department, or other group, the _____Company's standard procedure shall be followed. The primary responsibility remains with **one authorized person/employee who coordinates** the actual implementation of the procedure.

In group lockout or tagout, **each authorized employee shall affix** a personal lockout or tagout device to the group lockout device, group lockbox or comparable mechanism when work is initiated.

The personal lockout or tagout device shall be removed when the work is completed **following the standard procedure**.

### SHIFT OR PERSONNEL CHANGES

Specific procedures shall be utilized during shift or personnel changes to ensure the continuity of lockout or tagout protection, including provision for the orderly transfer of lockout or tagout devices between off-going and oncoming employees.

# REMOVING LOCKOUT DEVICES BY OTHER THAN THE PERSON WHO APPLIED THE DEVICE

Locks will only be removed in cases where the authorized employee who applied it is not available. Locks will only be removed by _____. The employee who had his lock removed will be notified by _____ prior to returning to the worksite.

# ACCIDENTS CONCERNING LOCKOUT/TAGOUT

_____will be responsible for fully investigating all lockout/tagout accidents and ensuring that lockout/tagout procedures provides for safe servicing of the machine.

# OUTSIDE CONTRACTOR POLICY

All outside contractors shall comply with the policies and procedures of _____ Company's *Lockout/Tagout Program* with regard to policies and procedures for informing employees and others of their activities.

The following **authorized** persons/employees shall coordinate the outside contractor activities.

**Name:**

_____

_____

_____

This *Lockout/Tagout Program* was specifically developed by _____Company in compliance with *29 CFR 1910.147*. It shall be evaluated at least annually by _____ and documented. Refer to *Appendix D*.

# HAZARDOUS ENERGY CONTROL INVENTORY

Department: _____

Supervisor/Foreman: _____

Date: _____ Signature: _____

**List equipment name, model, serial number, and location of equipment and energy source.**

| <u>**Name:**</u> | <u>**Model:**</u> | <u>**Serial Number:**</u> | <u>**Site of Energy Source:**</u> |
|---|---|---|---|
| **i.e., L&J Press Brake** | T-101 | 50050 | West Wall |

1. _____

2. _____

3. _____

4. _____

5. _____

6. _____

7. _____

8. _____

# APPENDIX A

# HAZARDOUS ENERGY CONTROL PROCEDURE FORM
## FOR EACH MACHINE WITH MORE THAN ONE ENERGY SOURCE

**Step 1. Machine Identification**

Description/Name of Machine/Equipment: _____

6

Manufacturer: _____

Model: _____ Serial Number: _____

Location: _____

## Step 2. Operator Controls

List Type (s) of Operator Controls: _____

_____

_____

_____

## Step 3. Energy Sources

Check and/or List Energy Sources:

Electrical _____ Steam _____ Mechanical _____ Pneumatic _____

Hydraulic _____ Other _____

Explanation: _____

_____

_____

_____

Note: For multiple pieces of the same machinery or equipment, with the same energy sources(s), shutdown and start up procedures, the information may be entered on one ID Form.

## Step 4. SHUTDOWN PROCEDURES

In the appropriate order, list the steps to be taken to shut down and de-energize the equipment. For stored energy, be specific in regard to how the energy will be dissipated or restrained.

Procedure: _____

_____

_____

7

**Step 5. TYPES OF LOCK:** _____

**Step 6. LOCATION OF ENERGY ISOLATING MEANS:**

**Step 7. METHOD TO ENSURE EQUIPMENT HAS BEEN DE-ENERGIZED**

**Step 8. SPECIAL PRECAUTIONS NOT NOTED ABOVE (i.e., Cool down periods, chemical reactions, fire hazards.**

**Step 9. START UP PROCEDURES**
In the appropriate order, list the steps necessary to re-activate or energize the equipment, ensuring that all personnel are removed from the area where testing or activation procedures are being performed.

Procedure:

8

**Step 10. ENERGY SOURCES ACTIVATED:**

9

# APPENDIX B

# HAZARDOUS ENERGY CONTROL PROCEDURE FORM FOR SINGLE ENERGY SOURCE PLUG-IN EQUIPMENT

**Step 1: Machine Identification**
Description/Name of Machine/Equipment:

Manufacturer:

Model:                                    Serial Number:

Location:

**Step 2. Operator Controls**
List Type(s) of Operator Controls

10

# APPENDIX C

# FOR LOCKOUT/TAGOUT TRAINING PROGRAM

- Procedures developed, documented, and utilized for control of potentially hazardous energy.
- Employer has provided locks, tags, chains, edges, key blocks, adapter pins, self-locking fasteners, or other hardware for isolating, securing, or blocking machines or equipment.
- Lockout/Tagout devices singularly identified.
- Lockout/Tagout devices are used only for controlling energy.
- Lockout/Tagout devices are not used for other purposes.
- Durable lockout/tagout devices must be capable of withstanding the environment to which are exposed for the maximum period of time that exposure is expected.
- Standardized lockout/tagout devices must be standardized within each facility in at least color shape or size.
    - o  For tagout devices, also standardized print and format
    - o  Must be legible and understandable (bilingual?)
- Identifiable lockout/tagout devices must indicate the identity of the employee applying the devices.
- When major modifications are made to machinery, electrical systems or when new machinery is installed, the energy source must be designed to accept a lockout device.
- Inspection conducted at least annually.
    - o  Performed by authorized employee other than those utilizing energy control procedure under inspection.
    - o  Designed to correct any deviations or inadequacies observed.
    - o  Include review of each authorized employee's responsibilities under the procedures. If tagout is used, then include review of limitations of tags.
- Substantial: Tagout devices and means of attachment.
    - o  Sufficient to prevent inadvertent or accidental removal.
    - o  Attachment means must be non-reusable type; attached by hand; self-locking; non-releasable with minimum unlocking strength no less than 50 pounds; at least equivalent in design and characteristics to one-piece, all environment tolerant nylon cable tie, and if used with electrical, must be non-conductive
- Warnings
    - o  Warn against hazardous conditions if machine or equipment will be or is energized.
    - o  Legend such as "Do Not Start", "Do Not Close", "Do Not Energize", "Do Not Operate".
- Training: Limits of tags.
    - o  Warning devices, not physical restraint.
    - o  Do not remove without authorization; never bypass, ignore, or otherwise defeat tag.
    - o  Must be legible and understandable.

11

- o Tags and means of attachment must be made of materials that will withstand workplace environmental conditions.
  - o May evoke false security; understand meaning.
  - o Securely attached to energy isolating devices.
- Application
  - o Clearly indicate that the operation or movement of energy isolating devices from "safe" or "off" position is prohibited.
  - o Attach at the same point that lock would have been attached (if lockout capability exists).
  - o If cannot affix to energy isolating device, then affix as close as safety possible and in an obvious position.

# APPENDIX D

# ANNUAL EVALUATION REPORT

**Date of Evaluation:** _____

**Evaluation made by:** _____

**Comments or Updates on the *General Policy*:**

**The following specific procedures have been reviewed (list below):**

**The following specific procedures have been modified (list below):**

**The following specific procedures were added (list below):**

**A review of the company's *Injury and Illness Log.* Yes\_\_\_\_\_ No \_\_\_\_\_**

**The following injuries resulted from lockout/tagout:**

_____    _____
    ***Signature and Title***                          ***Date  of Evaluation***

13

# EXHIBIT H



**JOHN OLIVEIRA & SONS**
**STAMP CONCRETE INC.**
FAMILY-OWNED, QUALITY GUARANTEED

**SUBJECT:** MANAGEMENT OF CHANGE                    **PAGE 1** OF **2**

| Main Office: | | MOC Prepared By: (Print Name) | |
|---|---|---|---|
| Proposed Change Date: | | Permanent Change: ☐ Yes ☐ No   Duration of Change | Job Duration |

| Type of Change (select one): | Priority: |
|---|---|
| ☐ Technical   ☐ Operational   ☐ Other | ☐ Low   ☐ Moderate   ☐ High |

**Description of Change:**

**Reason For Change:**

### Proposed Change Review

| Originator: (Print Name) | | Date: | |
|---|---|---|---|
| Manager: (Print Name) | | Date: | |
| Other: (Print Name & Title) | | Date: | |
| QHSE Manager: (Print Name) | | Date: | |

**Safety Review Comments:**

| Management Approval: (Print Name) | | Date: | |
|---|---|---|---|

### Proposed Change Implementation

**Affected Documents / Drawings / Procedures:**

**Action Required:**

| Completion Verified By: (Print Name) | | Date: | |
|---|---|---|---|

*REV 0 – 02/2026*



**SUBJECT:** MANAGEMENT OF CHANGE

**PAGE 2 OF 2**

## MANAGEMENT OF CHANGE CHECKLIST

| Item | Yes | No | Comments |
|---|---|---|---|
| Are new hazards introduced by this change? | ☐ | ☐ | |
| Are hazards removed by this change? | ☐ | ☐ | |
| Are any hazards increased by this change? | ☐ | ☐ | |
| Has the effectiveness of any existing hazard / risk controls been considered? | ☐ | ☐ | |
| Will the change require any additional or amended training? | ☐ | ☐ | |
| Will the change require any changes to existing procedures? | ☐ | ☐ | |
| Has the availability of materials and equipment been considered? | ☐ | ☐ | |
| Does the change have any impact on the maintenance program for any equipment? | ☐ | ☐ | |
| Does the change comply with all current regulations, standards and / or company / client requirements? | ☐ | ☐ | |
| Is any change required to safety procedures or equipment? | ☐ | ☐ | |
| Is there any extra response required to existing emergency response procedures during the change process? | ☐ | ☐ | |
| Will the change have any impact on the environment? | ☐ | ☐ | |
| Have all parties affected by the change been consulted? | ☐ | ☐ | |
| Have all drawings / procedures affected by the change been updated and corrected? | ☐ | ☐ | |

Insert Picture

## Suggested operator procedures for equipment operation

| | Personnel | | |
|---|---|---|---|
| **Step** | **Stage** | **Action** | Acknowledge |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

# Maintenance

The weekly, monthly and 3-year maintenance inspections are designed to ensure correct function and safety of the equipment. All functions that are vital for safe operation must be inspected and tested. Any faults or defects discovered during the inspection must be repaired immediately.

We recommend that all operators of the equipment be competent to carry out the maintenance and inspections.

A simple version of a maintenance log can be seen in following pages.

| | Weekly maintenance |
|---|---|
| I | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

| | Monthly maintenance |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |

| | 3 year maintenance |
|---|---|
| I. | |
| 2. | |
| 3. | |

# EXHIBIT I

**OSHA's Form 300** (Rev. 01/2004)

# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year __2023__



**U.S. Department of Labor**
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name __John Oliveira & Sons Stamp Concrete, Inc.__

City __East Freetown__     State __Massachusetts__

| Identify the person | | | Describe the case | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Death (G) | Days away from work (H) | Job transfer or restriction (I) | Other recordable cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
| | Jose Deo Tiquiram Sam | | 09/06/2023 | Screener | Trauma to the head | X | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | Page totals | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

CHECK ONLY ONE box for each case based on the most serious outcome for that case:

Enter the number of days the injured or ill worker was:

Check the "injury" column or choose one type of illness:

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

Page    1 of 1

Injury (1)   Skin Disorder (2)   Respiratory Condition (3)   Poisoning (4)   Hearing Loss (5)   All other illnesses (6)

## OSHA's Form 300 (Rev. 01/2004)
# Log of Work-Related Injuries and Illnesses

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

Year **2023**



**U.S. Department of Labor**
Occupational Safety and Health Administration

You must record information about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an injury and illness incident report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.

Form approved OMB no. 1218-0176

Establishment name    John Oliveira & Sons Stamp Concrete, Inc.

City    East Freetown    State    Massachusetts

| (A) Case No. | (B) Employee's Name | (C) Job Title (e.g., Welder) | (D) Date of injury or onset of illness (mo./day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g. Second degree burns on right forearm from acetylene torch) | Death (G) | Days away from work (H) | Job transfer or restriction (I) | Other recordable cases (J) | Away From Work (days) (K) | On job transfer or restriction (days) (L) | Injury (1) | Skin Disorder (2) | Respiratory Condition (3) | Poisoning (4) | Hearing Loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Bayron Castro Ventura | | 06/20/2023 | Storage facility/Bristol, RI | Cut to leg | | 0 | | | 0 | | X | | | | | |
| 2 | Jose Deo Tiquiram Sam | | 09/06/2023 | Screener in back of building | Trauma to the head | X | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | Page totals | | | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

Page    1 of 1