# Hoja de Datos OSHA®

# Bloqueo y etiquetado

**La norma OSHA para el Control de Energía Peligrosa (Bloqueo y Etiquetado), Título 29 del Código de Reglamentos Federales (CFR, por sus siglas en inglés) Parte 1910.147, aborda las prácticas y procedimientos necesarios para desactivar maquinaria o equipos, evitando así la liberación de energía peligrosa mientras los empleados realizan actividades de servicio y mantenimiento. La norma describe las medidas para controlar fuentes de energía peligrosas: eléctricas, mecánicas, hidráulicas, neumáticas, químicas, térmicas y de otro tipo.**

**Además, la norma 29 CFR 1910.333 establece requisitos para proteger a los empleados que trabajan con circuitos y equipos eléctricos. Esta sección exige que los trabajadores utilicen prácticas de trabajo seguras, incluidos procedimientos de bloqueo y etiquetado. Estas disposiciones se aplican cuando los empleados están expuestos a riesgos eléctricos mientras trabajan sobre, cerca o con conductores o sistemas que utilizan energía eléctrica.**

## ¿Por qué es importante controlar las fuentes de energía peligrosas?

Los empleados que revisan o realizan el mantenimiento de máquinas o equipos pueden estar expuestos a graves daños físicos o a la muerte si no se controla adecuadamente la energía peligrosa. Los trabajadores manuales, los operadores de máquinas y los obreros se encuentran entre los tres millones de trabajadores que realizan tareas de mantenimiento de equipos y se enfrentan al mayor riesgo. Se calcula que el cumplimiento de la norma de bloqueo y etiquetado evita 120 muertes y 50,000 lesiones al año. Los trabajadores lesionados en el trabajo por exposición a energía peligrosa pierden un promedio de 24 días laborables durante su recuperación.

## ¿Cómo pueden los empleadores proteger a los trabajadores?

La norma de bloqueo y etiquetado establece la responsabilidad del empleador de proteger a los empleados de las fuentes de energía peligrosas en máquinas y equipos durante el servicio y el mantenimiento. La norma da a cada empleador la flexibilidad necesaria para desarrollar un programa de control de energía adaptado a las necesidades del lugar de trabajo en particular y a los tipos de máquinas y equipos que se mantienen o revisan. Por lo general, esto se hace colocando los

dispositivos de bloqueo o etiquetado adecuados en los dispositivos de aislamiento de energía y desconectando la corriente de las máquinas y equipos. La norma describe los pasos necesarios para hacerlo. Además, el empleador puede utilizar la norma 29 CFR 1910.147 Apéndice A, como guía para desarrollar los requisitos mínimos necesarios, en los que desarrollar procedimientos específicos del estándar.

## ¿Qué necesitan saber los trabajadores?

Los trabajadores deben recibir entrenamiento para garantizar que conocen, comprenden y siguen las disposiciones aplicables de los procedimientos de control de la energía peligrosa. El entrenamiento debe abarcar al menos tres áreas: aspectos del programa de control de energía del empleador, elementos del procedimiento de bloqueo y etiquetado relevantes para las tareas o asignación, y los diversos requisitos de las normas de la OSHA relacionados con el bloqueo y etiquetado.

## ¿Qué deben hacer los empleadores para proteger a los trabajadores?

Los estándares establecen los requisitos que los empleadores deben seguir cuando los trabajadores están expuestos a energía peligrosa durante el servicio y mantenimiento de equipos y maquinaria. Algunos de los requisitos más críticos de estos estándares son los siguientes:

- Desarrollar, implementar y hacer cumplir un programa de control de la energía.
- Utilizar dispositivos de bloqueo para los equipos que puedan bloquearse. Los dispositivos de etiquetado solo podrán utilizarse en lugar de los dispositivos de bloqueo si el programa de etiquetado proporciona al trabajador una protección equivalente a la proporcionada por un programa de bloqueo.
- Asegurarse de que los equipos nuevos o reacondicionados puedan bloquearse.
- Desarrollar, implementar y hacer cumplir un programa eficaz de etiquetado si las máquinas o equipos no se pueden bloquear.
- Desarrollar, documentar, implementar y hacer cumplir los procedimientos de control de energía. [Ver la nota de 29 CFR 1910.147(c)(4)(i) para una excepción a los requisitos de documentación].
- Utilizar solo dispositivos de bloqueo y etiquetado autorizados para el equipo o la maquinaria concretos y garantizar que sean duraderos, estandarizados y sustanciales.
- Asegurarse de que los dispositivos de bloqueo y etiquetado identifican a los usuarios individuales.
- Establecer una política que permita que solo el trabajador que aplicó un bloqueo o etiquetado al dispositivo pueda retirarlo. [Ver 29 CFR 1910.147(e)(3) para una excepción].
- Inspeccionar los procedimientos de control de energía al menos una vez al año.
- Proporcionar un entrenamiento eficaz según lo establecido para todos los trabajadores cubiertos por el estándar.
- Cumplir las disposiciones adicionales de control de energía de las normas OSHA cuando haya que probar o reposicionar máquinas o equipos, cuando trabajen contratistas externos en el sitio, en situaciones de bloqueo en grupo y durante los cambios de turno o de personal.

## Derechos de los trabajadores

Los trabajadores tienen derecho a:

- Trabajar en condiciones que no supongan un riesgo de lesiones graves.
- Recibir información y entrenamiento (en un idioma y vocabulario que el trabajador entienda) sobre los peligros del lugar de trabajo, los métodos para prevenirlos y las normas de la OSHA que se aplican a su lugar de trabajo.
- Revisar los registros de lesiones y enfermedades relacionadas con el trabajo.
- Presentar una denuncia solicitando a la OSHA que inspeccione su lugar de trabajo si cree que existe un peligro grave o que su empleador no cumple las normas de la OSHA. La OSHA mantendrá la confidencialidad de todas las identidades.
- Ejercer sus derechos conforme a la ley sin represalias, incluida la denuncia de una lesión o el planteamiento de problemas de salud y seguridad a su empleador o a la OSHA. Si un trabajador ha sufrido represalias por hacer uso de sus derechos, debe presentar una denuncia ante la OSHA lo antes posible, pero en un plazo máximo de 30 días.

Para más información, consulta la página de la OSHA dedicada a los trabajadores (www.osha.gov/workers).

## Cómo contactar a la OSHA

Según la Ley de Seguridad y Salud Ocupacional de 1970, los empleadores son responsables de proporcionar lugares de trabajo seguros y saludables a sus empleados. El papel de la OSHA es garantizar estas condiciones a los trabajadores estadounidenses estableciendo y haciendo cumplir las normas, y proporcionando entrenamiento, educación y asistencia. Para más información, visita www.osha.gov o llama a la OSHA al 1-800-321-OSHA (6742), TTY 1-877-889-5627.

**Ésta es parte de una serie de boletines informativos que indican los programas, las políticas y las normas de la OSHA. Esto no impone ningún nuevo requisito de cumplimiento. Para una lista completa de los requisitos de cumplimiento de las normas o reglamentos de la OSHA, consulte el Título 29 del Código de Regulaciones Federales. Ésta información se pondrá a disposición de las personas con discapacidad sensorial, a pedido. El teléfono de voz es: (202) 693-1999; el teléfono de texto (TTY) es: (877) 889-5627.**



**Administración de Seguridad y Salud Ocupacional**

DEP FS-4416 12/2022
Lockout/Tagout Fact Sheet — Spanish