# Guía de adiestramiento para la prevención contra caídas

## Un plan de la lección para empleadores

*Una guía para empleadores para dar adiestramiento de prevención contra caídas a los trabajadores*



**Administración de Seguridad y Salud Ocupacional**
Departamento de Trabajo de los EE. UU.



**La seguridad paga, las caídas cuestan.**
**www.osha.gov/stopfalls**

OSHA 3727-05 2014

# Índice

Introducción ..................................................................................................................1

¿Por qué es importante prevenir las caídas? ...........................................................2

Llevar a cabo el adiestramiento................................................................................2

Como usar las charlas "Toolbox Talks" ..................................................................3

Como se da formato a las charlas "Toolbox Talks" ................................................3

Preparación para enseñar las sesiones de adiestramiento......................................3

Consejos para los capacitadores ..............................................................................4

Primera charla: Seguridad en escaleras ..................................................................5

Segunda charla: Seguridad de andamio...................................................................7

Tercera charla: Seguridad de techo .........................................................................9

Materiales educativas y recursos de la OSHA.......................................................13

    Videos de prevención (v-Tools)......................................................................14

    Fall Prevention Fact Sheet – English..............................................................15

    Una hoja informativa—Prevención contra caídas – Español .........................15

    Fall Prevention Wallet Card – English ...........................................................16

    Tarjeta sobre la prevención contra caídas – Español .....................................16

    Cartão de prevenção contra quedas – Portuguese ..........................................16

    Fall Prevention Poster – English.....................................................................17

    Prevención de caídas—Cartel – Español ........................................................17

    Falling Off Ladders Can Kill: Use Them Safely Booklet/Las caídas desde escaleras pueden ser mortales: Úselas de forma segura – English/Español ..................18

## Introducción

Las caídas causan más muertes en la construcción que cualquier otro peligro. En 2011, las caídas representaron más que un tercio de las 721 muertes de construcción en total. Los trabajadores que realicen tareas desde los 6 pies o más por encima de los niveles bajos se encuentran en riesgo de caídas mortales o lesiones graves.

Esta guía de adiestramiento le ayudará a planificar a cómo prevenir lesiones y muertes de las caídas en su personal, y proporcionar adiestramiento a sus trabajadores. La guía incluye el siguiente:

- Instrucciones para el uso de las charlas "Toolbox Talks" para adiestrar a los trabajadores en la prevención contra caídas *(páginas 2–4).*
- Una serie de las charlas "Toolbox Talks" acerca de varios temas sobre la prevención contra caídas *(páginas 5–12).*

### Recursos adicionales:

- Una hoja de datos, en inglés y español, con información clave sobre la prevención contra caídas *(páginas 15).*
- Una tarjeta sobre la prevención contra caídas, en inglés y español, la cual incluye la dirección web de la campaña de prevención contra caídas y la información de contacto para OSHA *(páginas 16).*
- Los carteles de OSHA que son fácil para leer, en inglés y español, para el lugar de trabajo y la comunidad, que usted puede copiar y distribuir a los trabajadores *(páginas 17).*
- Un folleto bilingüe de la seguridad de escaleras, *Las caídas desde escaleras pueden ser mortales: Úselas de forma segura,* los cual se pueden leer en cualquier dispositivo móvil *(páginas 18).*

El adiestramiento está diseñado a ser:

- **Corto** — Cada charla "Toolbox Talk" debe durar aproximadamente 5-10 minutos. Aunque algunas charlas contienen más materiales que otras, las charlas sobre seguridad se pueden dar en las reuniones antes del turno de trabajo o durante descansos.
- **Participativa** — Los trabajadores que asisten la charla deben estar dispuestos a hacer preguntas y hablar del tema. Eso incrementa la posibilidad de que recordarán la información.
- **Fácil de seguir**.

## ¿Por qué es importante prevenir las caídas?

- La prevención contra caídas puede significar la diferencia entre la vida y la muerte. Cientos de trabajadores mueren a causa de caídas cada año. Usted puede prevenir este tipo de muertes planificando la realización del trabajo de manera segura, proveyendo el equipo correcto para la protección contra caídas, y adiestrando a todos los trabajadores para usar el equipo con seguridad.
- Muchos trabajadores de construcción realizan tareas desde una altura que requiere protección contra peligros de caídas.
- Tener una lesión grave o muerte en el trabajo afecte a todos en el lugar de trabajo.
- Una caída puede ocurrir en una fracción de segundo, sin ningún tiempo para que el empleado pueda reaccionar.

## Llevar a cabo el adiestramiento

Cuando las charlas "Toolbox Talks" son cortas y directas, pueden ser una forma muy eficaz de brindar información sobre salud y seguridad a los trabajadores. Como todo adiestramiento, la entrega de información de manera eficaz requiere preparación y un deseo de involucrar a los trabajadores en la salud y seguridad en el lugar de trabajo. Los empleadores pueden capacitar a los trabajadores o los supervisores a proporcionar el adiestramiento. Los estudios han demostrado que el entrenamiento entre colegas es eficaz, participativo y ayuda con la retención de información.

En esa guía, usted puede encontrar consejo para capacitadores que promoverá la discusión y permitir a los trabajadores participar activamente en mantener el lugar de trabajo seguro.

**Sigua estos tres pasos para preparar y presentar una charla "Toolbox Talk":**

1. Lea y familiarizarse con la próxima sección, "Como usar las charlas 'Toolbox Talks'".
2. De una charla "Toolbox Talk".
3. Pide comentarios de los otros trabajadores. ¿Entendieron el material? ¿Estuvo bien presentado? ¿Cómo el adiestramiento podría ser más relevante para su trabajo?

## Como usar las charlas "Toolbox Talks"

La guía de entrenamiento está escrita para usted la pueda seguir fácilmente. El entrenamiento está dividido en tres charlas, cada una abordando un tema de prevención contra caídas. Estos incluyen:

- **Primera charla:** Seguridad de escalera
- **Segunda charla:** Seguridad de andamio
- **Tercera charla:** Seguridad del trabajo de techo

Para proporcionar este entrenamiento, usted va a dirigir una discusión en la cual dará un ejemplo de una fatalidad relacionada con el tema, hablar de cómo podría haberse prevenido, haga preguntas, y fomente la participación.

## Como se da formato a las charlas "Toolbox Talks"

- Cada charla empieza con un ejemplo de los tipos de incidentes que son posibles si los trabajadores no siguen las pautas delineadas en el entrenamiento.
- Siguiendo el ejemplo del lugar de trabajo, la charla tiene una lista de pautas para prevenir las caídas, relacionadas con el tema (como escaleras).
- Finalmente, cada hoja de adiestramiento incluye líneas en blanco para que los trabajadores pueden incluir las maneras en el cual el tópico se relaciona con su lugar trabajo.

## Preparación para enseñar las sesiones de adiestramiento

1. Dedique unos 15 minutos a familiarizarse con la charla.
2. Imprima una copia de la charla de relevante y piense en cómo el tema se relaciona con su lugar de trabajo específico.
3. Repase los materiales educativos y recursos anotados al final de la guía de entrenamiento, así como otros materiales en la página de web de OSHA, para encontrar materiales para suplementar la charla sobre la seguridad.

## Consejos para los capacitadores

Reuniones de seguridad funcionan mejor cuando todo el personal participa activamente. Esto hace que sea más interesante y más probable que la gente recuerde la información que usted ha brindado. Acá están algunas maneras para alentar a todos a involucrarse:

- Haga preguntas en vez de simplemente darles la información. Después de que usted haga una pregunta, espere un momento para que la gente puede pensar. Después, escoja voluntarios para contestar.
- Haga preguntas sobre experiencia personal. Este puede ayudar al grupo ver como el tema de la charla se relaciona con su trabajo. Usted puede preguntar: ¿Alguien aquí se ha caído desde una escalera? ¿Qué paso?
- Asegúrese que todos tienen una oportunidad de hablar. Si un miembro del personal está hablando demasiado, invite a otros hablar.
- Nunca se burle de nadie o hable mal de alguien, especialmente por hacer preguntas.
- No finja. Si usted no sabe la respuesta a una pregunta, no adivine. Anote la pregunta y busca la información después.
- Sigua el tema. Si las preguntas y comentarios del personal están lejos del tema, dígales que sus preocupaciones podrán ser atendidas más tarde, ya sea en privado o en otra reunión de seguridad en un futuro.

# ToolboxTalks

## Primera charla: Seguridad en escaleras

### Ejemplo del sitio de trabajo

Ryan estaba aplicando amasadura en una pared y estaba de pie en el peldaño superior de una escalera de 12 pies. Perdió el equilibrio, cayó al piso de concreto, y aterrizo en la cabeza. Sufrió una lesión mayor en la cabeza.

Las escaleras están involucradas en muchos accidentes, algunos de cuales son fatales. La vida literalmente puede depender de saber cómo inspeccionar, usar y mantener esta herramienta. Tomemos unos minutos para hablar sobre las escaleras.

### Inspeccionando las escaleras

Antes de usar cualquiera escalera, inspecciónala. Busque las fallas siguientes:

- Peldaños o listones que están sueltos o faltantes;
- Clavos, pernos y tornillos que están sueltos;
- Astilla de madera o bordes dañados;
- Peldaños, listones, o barras laterales que están muy desgastados, agrietados, rotos, divididos o abollados; y
- Corrosión de las escaleras metálicas o piezas de metal.

Si usted encuentra una escalera en malas condiciones, etiquete la escalera y ponla fuera del servicio. Si las reparaciones no son factibles, la escalera defectuosa se debe remover del lugar de trabajo.

### Usando las escaleras

Escoja una escalera de tipo y tamaño adecuado. Salvo cuando existan escaleras fijadas, rampas o pasarelas, use una escalera para pasar desde un nivel a otro. Tenga estos puntos en mente:

1. Asegure que las escaleras rectas estén lo suficientemente largas para que los abollados extiendan por encima del punto de soporte superior, por lo menos de 36 pulgadas.
2. No ponga las escaleras en áreas tales como puertas o pasarelas donde otras personas pueden chocarlas, al menos si las escaleras están protegidas con barreras. Mantenga desobstruidas las áreas alrededor de la parte superior y la base de la escalera. No crea una obstrucción con mangueras, cables de extensión o cuerdas en la escalera.
3. No trate de incrementar la altura de la escalera colocándola encima de cajas, barriles u otras materiales. No trate de unir dos escaleras.
4. No aplique calcomanías personales o de trabajo.
5. Coloque la escalera sobre una base sólida contra un suporte sólido. No trate de usar una escalera de tijera como una escalera recta.
6. Coloque la base de las escaleras rectas hacia afuera de la pared o el borde del nivel superior cerca de 1 pie por cada 4 pies de altura vertical. No use escaleras como una plataforma, pasarela o andamio.

7. Amarre, obstruya o asegura de otra manera la parte superior de escaleras rectas para evitar que se mueve.

8. Para evitar resbalones en una escalera, asegure que usted no tiene aceite, grasa o barro en los zapatos. Limpie los zapatos antes de subir.

9. Siempre mire hacia la escalera y agárrela con las dos manos cuando este subiendo o bajando. No trate de llevar herramientas o materiales con usted.

10. No se incline hacia un lado cuando usted está en la escalera. Si algo está afuera de su alance, bájese y mueva la escalera.

11. La mayoría de las escaleras están diseñadas para aguantar a una persona a la vez. El uso de una escalera por dos trabajadores puede causar que la escalera falle o tire la escalera fuera de balance.

## El cuidado de las escaleras

Cuide bien a las escaleras y ellas cuidaran de usted. Almacénalas en lugares bien ventilados, lejos de la humedad.

**¡RECUERDE!**

¡Estas prácticas de seguridad pueden salvarlo del peligro de vuelco de una escalera!

**Preguntas sugeridas para sus "Toolbox Talks"**

- ¿Cómo se pudo haber evitado el incidente de Ryan?
- ¿Cómo se usan las escaleras en este lugar de trabajo y cómo usted las usará con seguridad?
- ¿Qué tan frecuente se debe inspeccionar una escalera?
- ¿Qué debe hacer si usted encuentra defectos en una escalera?
- ¿Qué tan alto se deben extender los largueros laterales de una escalera recta sobre el punto de descanso o soporte?
- ¿Cúal es la forma correcta de colocar una escalera?
- ¿En qué dirección debe mirar cuando sube y baja una escalera?

**Para asistencia, contáctenos. Podemos ayudar. Es confidencial.**

**OSHA**® **Administración de Seguridad y Salud Ocupacional**



Departamento de Trabajo de los EE. UU.

**www.osha.gov  (800) 321-OSHA (6742)**

# ToolboxTalks

## Segunda charla: Seguridad de andamio

### Ejemplo del sitio de trabajo

Willie, un trabajador de la construcción, cayó 20 pies desde un andamio que no estaba asegurado. Él estaba ayudando instalar unos marcos de metal en la pared exterior de un edificio residencial cuando paso el incidente. El andamio inclinado no estaba amarrado y mientras que Willie estaba trabajando, el andamio se alejó del edificio. Luego cayó al suelo, chocando su cabeza en el segundo piso, y murió.

Es una cosa terrible darse cuenta de que casi no pasa un día de trabajo sin que un empleado de la construcción muera debido a una caída desde un andamio. Estas muertes se pueden prevenir.

### El diseño de andamios

Para evitar el uso de andamios improvisados, cada tarea se debe planificar cuidadosamente para asegurar que el andamio se utiliza cuando sea necesario y que el andamio cumple con los reglamentos pertinentes.

- Todos los andamios deberán estar completamente tablados y construidos para soportar la carga que están diseñados a llevar. Tablones de andamios deberán estar enlistonados o restringidos, o extienden sobre los soportes del extremo por lo menos 6 pulgadas, pero no más de 12 pulgadas.
- Amarres, cables, y soportes para un andamio deberán estar instalados según las recomendaciones del fabricante del andamio. Si las especificaciones son desconocidas, tiene que seguir las normas de 29 CFR 1926.451(c)(1).
- Barriles, cajas, barriles de aluminio, caballetes, escaleras, bloques de tejas sueltas, montones de ladrillos sueltos, marcos tipo A u otros objetos inestables no se utilizarán como plataformas de trabajo o para apoyar andamios. Nunca use las plataformas de trabajo montadas encima de otras plataformas de trabajo.
- Barandillas, largueros intermedios, y rodapiés se deben instalar en todos los lados abiertos de los andamios, 10 pies o más de altura.
- Protección contra la caída de los objetos deberá ser proporcionar en áreas donde las personas están requeridas a trabajar o pasar debajo de un andamio.
- Protección de la cabeza es requerida si los trabajadores que trabajan en los andamios están expuestos a peligros encima sobre su cabeza.

### Usando los andamios

1. Inspeccione los andamios diariamente antes de confiar su vida en ellos. Verifique las barandillas, conectores, fijadores, zapatas, amarres, refuerzos y tablaje. Andamios dañados deberán ser removidos del servicio inmediatamente.
2. No trepe por las crucetas como un medio de acceso.

3.  No almacene materiales en los andamios. Al final de día, remueva todas las herramientas y materiales que sobran.

4.  Nunca sobrecargue los andamios. Amontone los materiales necesarios encima de los puntos de puente y soporte.

5.  Mantenga las plataformas y la zona cerca al andamio libre de residuos, equipaje o material innecesario, y cualquier otra cosa que puede causarse resbalar o tropezar.

6.  Use las escaleras de acceso que se proporcionan para cada andamio. Está prohibido escalar los marcos de los extremos.

7.  En el invierno, limpie el hielo y la nieve que está en las plataformas antes de usarla. Lije los tablados húmedos para un camino seguro.

8.  Nunca monte un andamio móvil.

9.  Solo use un andamio móvil en superficies niveladas y asegure los frenos de la rueda cuando no están en movimiento. Cuando se mueva, asegúrese que el camino está libre de huecos y obstrucciones sobre cabeza. Asegure todos los materiales sueltos.

10. Cuando usted trabaja desde carrozas, andamios de parihuela, o andamios suspendidos, use el equipo de protección personal contra caídas conectado a un punto de anclaje con una cuerda de seguridad, línea de vida y/o dispositivo de desaceleración.

11. Proteja las cuerdas y líneas de seguridad contra quemadura o soldadura.

## El cuidado de los andamios

Ayude a proteger los andamios, no les golpee con equipos o materiales. Cuando levante materiales del suelo, controle con un cable de cola.

### ¡RECUERDE!

Dele al andamio el respeto que se merece y este le servirá como una plataforma de trabajo conveniente.

## Preguntas sugeridas para sus "Toolbox Talks"

- ¿Cómo se pudo haber evitado el incidente de Willie?
- ¿Cómo se usan los andamios en este lugar de trabajo y cómo usted los usaría con seguridad?
- ¿Qué tan frecuente se debe inspeccionar un andamio?
- ¿Qué debe hacer usted si encuentra defectos en un andamio?
- ¿Cuándo se requieren barandas en los andamios usados en este lugar de trabajo?
- ¿Cuándo puede usar las reforzamientos transversales o marcos de fondo para subir o bajar un andamio?

**Para asistencia, contáctenos. Podemos ayudar. Es confidencial.**

 **OSHA**® **Administración de Seguridad y Salud Ocupacional**



www.osha.gov  (800) 321-OSHA (6742)

Departamento de Trabajo de los EE. UU.



# Tercera charla: Seguridad de techo

### Ejemplo de un lugar de trabajo

El 6 de junio del 2011, John, un profesional de techo , estaba trabajando cerca de un tragaluz que no estaba asegurado que estaba instalado en el techo de un edifico comercial de un piso, en el proceso de construcción. Mientras instalaban materiales de techo, se puso en contacto con un tragaluz sin protección y cayo 18 pies en el piso de abajo, fracturando únicamente el hombro derecho y una costilla. **¡John fue muy afortunado!**

Muchos trabajadores de construcción mueren a causa de las actividades de trabajo realizado cerca de tragaluces existentes, aberturas de tragaluces, y otros tipos de peligros con aberturas de techos. Como resultado, las caídas desde techos son la causa principal de las muertes en los lugares de trabajo de la construcción. Estas caídas fatales se atribuyen a: (1) la falta de proteger adecuadamente a los tragaluces y otras aberturas de techos, y (2) la falta de proporcionar adiestramiento efectivo sobre la protección contra caídas a los **trabajadores en el reconocimiento** de los peligros sobre caídas serias en el lugar de trabajo.

Prevención contra caídas se debe proporcionar cuando se trabaja en techos empinados, pisos con lados abiertos, descansillos, o plataformas de andamios, etc., sin importar si la actividad de trabajo se lleva a cabo por un contratista general, contratista independiente, subcontratista o un trabajador individual.

### ¿Cuáles son peligros de caídas?

- Trabajo de cornisa sin protección
- Aberturas de paredes y pisos sin protección
- Zonas de elevación
- Huecos descubiertos
- Aberturas de techos y ascensores
- Integridad pobre de superficies de trabajo
- Rampas y pasarelas sin protección
- Equipo peligroso
- Formaleta y acero de refuerzo
- Excavaciones, pozos y hoyos

### ¿Cuáles son los resultados de un peligro de caída?

Un peligro de caída puede resultar en una muerte (fatalidad) o lesiones graves tales como la parálisis permanente, trauma contundente a la cabeza, huesos rotos, fracturas, u otro daño interno.

### Como proteger a los trabajadores de los peligros de las caídas:

La manera **más efectiva** de proteger a los trabajadores contra las caídas es eliminando el peligro de caídas. Si esto no es factible, el empleador esta requerido a usar al menos uno de las siguientes:



- Sistemas personales de detención contra caídas (PFAS por sus siglas en inglés), o preventores de caídas consisten en:

    a) **Anclaje** — Un punto de anclaje fijo y seguro para cuerdas salvavidas, cuerdas de seguridad, dispositivos de deceleración capaz de soportar 5,000 libras. Los anclajes adecuados incluyen: miembros estructurales, pero no una torre de suministro de agua, conductos de ventilación, otros sistemas de tubería u conducto eléctrico.

    b) **Arnés de cuerpo** — Correas que se puede asegurar al cuerpo de una manera que distribuirá las fuerzas de la detención de caída sobre los muslos, pelvis, cintura, pecho y hombros, con un medio para unir a otros componentes de un PFAS.

    c) **Conectores** — Dispositivos usados para enganchar/conectar partes de los PFAS y los dispositivos de sistemas de posicionamiento juntos, como por ejemplo un mosquetón o una parte integral del sistema como un anillo en forma O o hebilla (cosido en un arnés de cuerpo) o un mosquetón que cierre.

    d) **Dispositivo de deceleración** — Cualquier mecanismo, tal como una cuerda de agarre,

una cuerda de seguridad que se puede desgarrar, cuerda tejida especialmente, cuerdas de vidas/seguridad de auto-retracción automática, la cual sirve para disipar una cantidad substancial de energía durante una detención de caídas, o de otra manera limitar la energía impuesta sobre un trabajador durante una detención de caídas.

## INSPECCIONES

Se requiere inspecciones diarias antes del uso de PFAS para asegurar que no hay daño, deterioro, u otros defectos en el componente y si se observa alguno, el PFAS deberá ser retirado del servicio inmediatamente.

### Otros sistemas de la protección contra las caídas incluyen:

- Sistemas de barandillas – 1926.502(b),
- Sistemas de malla de seguridad – 1926.502(c),
- Sistemas de línea de advertencia – 1926.502(f),
- Zonas de acceso controlado – 1926.502(g)
- Sistemas de monitoreo de seguridad – 1926.502(h), y
- Cubiertas de huecos – 1926.502(i).

### Prácticas de la prevención de caídas

¿Quién ha visto o escuchado de un trabajador que se sentó en un tragaluz para tomar descanso, beber algo o fumar, y después, el tragaluz se rompe , y el trabajador cae en el piso de concreto abajo?

¡Sin embargo no necesitamos un tragaluz o un hueco para caer a través de un techo! Podemos sobrecargar un techo con materiales y equipaje hasta que falle la estructura, o puede ser que empezamos a trabajar en un techo más viejo sin primero inspeccionar la parte inferior para detectar signos de daño y/o decaimiento.

## ¿Qué medidas tomamos para seguir trabajando seguro en los techos?

- Use los PFAS u otros sistemas de protección contra caídas según la norma de protección contra caídas de OSHA.
- Adiestre a los trabajadores en el reconocimiento de peligros y la norma de protección contra caídas de OSHA así pueden identificar y entender correctamente la severidad de los peligros de caída y certifique a través de un registro escrito.
- Proteja o asegure las cubiertas sobre los huecos con materiales suficientemente resistentes, y escriba "hueco" sobre la tapa cuando observe el peligro de caída.
- Proporcione y use sistemas que monitorean la seguridad, sistemas de línea de advertencia, o zonas de acceso controlado, de acuerdo con la norma de protección contra caída de OSHA.

## Sistemas personales de detención de caídas

Cuando realice un trabajo de techo, hay muchas maneras de prevenir los peligros de caída. Si los trabajadores usan un sistema personal de detención de caída (PFAS por sus siglas en ingles), el empleador tiene que proporcionar un arnés de cuerpo interno, cuerda de seguridad y/o vida, para cada trabajador, y un punto de anclaje independiente de apoyando para cualquiera de las otra plataforma, pero capaz de soportar 5,000 libras (22.2kN), por cada trabajador conectado. Asegure que el PFAS le queda bien al trabajador, e inspeccione regularmente todo equipo de protección contra las caídas para asegurar que todavía está en buena condición. Si los trabajadores no usan sus sistemas de PFAS normalmente, pueden descuidar la inspección diaria de su equipaje — y cuando se les requiera usar sus PFAS, un componente podría fallar!

Las caídas son la causa principal de la muerte en la industria de construcción, e incluso los trabajadores experimentados pueden estar heridos y morir en las caídas. Lleve regularmente su PFAS, manténgase conectado y amárrese a un punto de anclaje adecuado en el sitio de trabajo.

## Monitor de seguridad

Los trabajadores pueden usar un sistema de monitoreo de seguridad en conjunto con un sistema de línea de advertencia con un techo de inclinación baja (4:12 vertical a horizontal, o menos) *bajo 50 pies o menos en ancho*. El monitor de seguridad tiene que ser una persona competente y no tener otros deberes que podrían interferir con su responsabilidad. Ellos están requeridos a trabajar en el mismo nivel que el trabajo se está realizando, y suficientemente cerca a los trabajadores para el monitoreo directo (visual) y para la comunicación verbal.

**¡Vamos a hablar de la protección contra las caídas!**

1. Ha recibido el adiestramiento sobre las norma de protección contra caídas de OSHA?
2. ¿A qué elevación se requiere protección contra las caídas?
3. ¿Qué condiciones puede llevar a una caída través de un tragaluz, hueco o sobre una rampa?
4. ¿Hay alguna necesidad en su lugar de trabajo que requiere el uso de protección contra caídas?
5. ¿Qué deberá hacer el empleador para asegurarse de que sus lugar de trabajo están libre de los peligros contra caídas no identificados?
6. ¿Qué norma de la OSHA aplican?

**Preguntas sugeridas para sus "Toolbox Talks"**

- ¿Cómo se pudo haber evitado el incidente de John?
- ¿Cuál es la principal causa de muerte en la industria de la construcción?
- ¿Qué sistema de protección contra caídas están usando en este lugar de trabajo?
- ¿Con qué frecuente debe inspeccionar su sistema de protección contra caídas?
- ¿Qué debe hacer usted si encuentra defectos en el sistema de protección contra caídas?
- ¿Cuáles son algunos de los peligros de caída de techo en este lugar de trabajo?
- ¿Cómo protegemos los huecos o tragaluces en este lugar de trabajo?

**Para asistencia, contáctenos. Podemos ayudar. Es confidencial.**

 

**OSHA**® Administración de Seguridad y Salud Ocupacional

Departamento de Trabajo de los EE. UU.

**www.osha.gov  (800) 321-OSHA (6742)**

## Materiales educativas y recursos de la OSHA

Las siguientes publicaciones de Prevención contra caídas de la OSHA son proporcionadas en *esta Guía de adiestramiento para la prevención contra caídas.*

- Fall Prevention Fact Sheet, OSHA 3533 – English
- Una hoja informativa—Prevención contra caídas, OSHA 3534 – Español
- Fall Prevention Wallet Card, OSHA 3557 – English
- Tarjeta sobre la prevención contra caídas, OSHA 3564 – Español
- Cartão de prevenção contra quedas, OSHA 3664 – Portuguese
- Fall Prevention Poster, OSHA 3531 – English
- Prevención de caídas—Cartel, OSHA 3532 – Español
- Falling Off Ladders Can Kill: Use Them Safely Booklet/Las caídas desde escaleras pueden ser mortales: Úselas de forma segura, OSHA 3625 – English/Español

### Otras publicaciones de OSHA:

Muchas publicaciones de OSHA están disponibles en ambos inglés y español, así como portugués, ruso y otros lenguajes. Para ordenar varias copias de estés recursos, llame la oficina de comunicaciones de OSHA al (202) 693-1999 o visite la página de publicaciones de OSHA en www.osha.gov/publications.

Adobe Reader esta requerido para ver los archivos de PDF.

## Videos de prevención (v-Tools)

Los videos son una herramienta educacional eficaz. Tenemos varios videos de adiestramiento laboral basados en historias reales que están disponibles en línea en www.osha.gov/stopfalls/spanish. Los videos examinan como las caídas pueden causar la muerte y como estas caídas mortales podrían haber sido prevenidas.

Estas herramientas de adiestramiento (v-Tools) apoyan el por qué el uso del equipaje adecuado de protección contra caídas permitirá a los trabajadores ir a casa en el mismo estado de que llegaron al trabajo tal día.

Usted puede descargar los videos, ver las transcripciones, o verlos en YouTube:

### *Las caídas en construcción*

- Aberturas de piso
- Andamios fijos
- Entablado de puente
- Techado
- Trabajo en cornisa









## Fall Prevention Fact Sheet – English



## Una hoja informativa—Prevención contra caídas – Español



## Fall Prevention Wallet Card – English



## Tarjeta sobre la prevención contra caídas – Español



## Cartão de prevenção contra quedas – Portuguese



Administración de Seguridad y Salud Ocupacional

## Fall Prevention Poster – English



## Prevención de caídas—Cartel – Español



**Falling Off Ladders Can Kill: Use Them Safely Booklet/Las caídas desde escaleras pueden ser mortales: Úselas de forma segura – English/Español**

# Falling Off Ladders Can Kill:
## Use Them Safely



## Las caídas desde escaleras pueden ser mortales:
### Úselas de forma segura





www.osha.gov/stopfalls
www.osha.gov/stopfalls/spanish

**OSHA 3625-02R 2014**

**Falls from ladders, scaffolds and roofs can be prevented**
**Las caídas desde escaleras, andamios y techos pueden prevenirse**

   

Administración de Seguridad y Salud Ocupacional



**PLANIFIQUE** con anticipación para hacer el trabajo de forma segura.

**PROPORCIONE** el equipo correcto.

**ADEISTRE** a todo el mundo a utilizar el equipo de forma segura.

Para más informacion, visite www.osha.gov/stopfalls/spanish.

# PLANIFIQUE.

# PROPORCIONE.

# ADIESTRE.

**Tres pasos sencillos para prevenir caídas.**



**Departamento de Trabajo
de los EE. UU.**

**Para más información:**



**www.osha.gov    (800) 321-OSHA (6742)**