# ALERTA DE PELIGRO

## Las cuerdas de seguridad y las líneas de vida pueden cortarse con bordes expuestos durante las caídas

Las líneas de vida, cuando están correctamente ancladas, pueden prevenir una caída o sostener a un trabajador que se ha caído para que no impacte contra un nivel inferior. Sin embargo, los trabajadores que lleven un sistema personal de detención de caídas (PFAS) pueden enfrentarse a un peligro importante si se caen y su cuerda de seguridad se corta al rozar un borde expuesto.

### Contexto

La OSHA investigó recientemente un incidente evitable en el que un trabajador que utilizaba un PFAS murió después de que la cuerda de seguridad se cortara por un borde expuesto durante la caída. Las evidencias indicaron que la línea de vida se dañó durante la caída, no antes. En este caso, el elemento de amarre no estaba certificado para trabajar sobre o alrededor de bordes afilados. Los fabricantes de líneas de vida advierten sobre el uso de líneas de vida alrededor de bordes que puedan dañar la línea o impedir que detenga eficazmente la caída. Algunos fabricantes incluso han desarrollado líneas de vida autorretráctiles (SRL) diseñadas para su uso alrededor de bordes expuestos (SRL-LE). Aún cuando se utilicen SRL-LE, los empleadores deben realizar una evaluación de la seguridad e identificar dónde puede ser necesaria una protección adicional contra bordes afilados o abrasivos.

Cualquier lateral o borde abierto de un suelo, techo, cubierta, plataforma o armazón crea una situación en la que una línea de vida o una cuerda de seguridad podría cortarse si entra en contacto con ese borde durante una caída.



**Imagen 1**. Una línea de vida horizontal podría evitar que las cuerdas de seguridad entren en contacto con los bordes expuestos.

### Prácticas laborales seguras que deben seguir los empleadores:

**PLANEAR** con anticipación para realizar un trabajo seguro:

- Identificar y documentar todos los bordes potencialmente peligrosos durante la evaluación de seguridad y los recorridos en el lugar de trabajo.
- Cuando sea posible, evitar trabajar en zonas donde las líneas de vida puedan entrar en contacto con bordes potencialmente peligrosos en caso de caída.
- Identificar posibles soluciones para evitar el establecimiento de anclajes a nivel de los pies (ver imagen 1).
- Proteger las líneas de vida y las cuerdas de seguridad para evitar que se corten o dañen, cubriendo los bordes expuestos en la zona de caída (la zona donde podría caer un trabajador) con material protector.

**PROPORCIONAR** el equipo adecuado:

- Seleccionar y proporcionar una línea de vida o una cuerda de seguridad específicamente diseñadas para resistir cortes y abrasiones, y seguir las instrucciones de uso del fabricante.
  - Algunos fabricantes tienen líneas de vida y cuerdas de seguridad con la designación "LE" (leading edge) o similar, que están diseñadas específicamente para resistir el roce con un borde durante un frenado. Sigue las instrucciones de uso del fabricante.

**ENTRENAR** a todos para que utilicen el equipo con seguridad:

- Entrenar a los trabajadores sobre el peligro de cómo los bordes expuestos dañan o cortan las líneas de vida e informar a los trabajadores de dónde se encuentran dichos bordes en el lugar de trabajo (ver imágenes 2 y 3).
- Seguir las instrucciones del fabricante al anclar un SRL a nivel de los pies.
- Entrenar a los trabajadores para anclar una línea de vida autorretráctil (SRL) verticalmente por encima

de la cabeza, siempre que sea posible, para evitar el contacto con un borde y minimizar las caídas por balanceo (es decir, el efecto péndulo) que pueden dañar y cortar las líneas de vida.

○ Asegurarse de que los trabajadores se mantienen a una distancia segura del punto de anclaje superior para minimizar las caídas por balanceo.

○ Distribuir varias líneas de vida, cuando sea posible, para que los trabajadores puedan utilizar la línea de vida más cercana con el fin de minimizar el radio de oscilación y evitar el contacto con los bordes expuestos.



**Imagen 2.** Los bordes metálicos pueden cortar las líneas de vida y las cuerdas de seguridad.



**Imagen 3.** Los bordes de concreto pueden cortar las líneas de vida y las cuerdas de seguridad.

## Inspecciona el equipo de protección anticaídas antes de usarlo y cubre los bordes expuestos

■ Cubre cualquier borde expuesto con el que pudiera entrar en contacto una línea de vida o una cuerda de seguridad si se produjera una caída, independientemente de la composición del borde.

■ Asegúrate de que el material de protección no se desplace por el deslizamiento de una línea de vida o una cuerda de seguridad.

■ Limita la distancia de caída o utiliza otro método de control para evitar el contacto de la cuerda de seguridad o la línea de vida con el borde, si no es posible cubrirlo

Los empleadores deben evaluar los riesgos laborales, incluido el riesgo de daños en las líneas de vida, siguiendo los requisitos establecidos en 29 CFR 1926.502(d)(11) y 29 CFR 1910.140(c)(20). *Las líneas de vida deben estar protegidas contra cortes o abrasiones (incluso las designadas como SRL-LE)*. Se inspeccionarán las cuerdas de seguridad para comprobar que están en buen estado, de acuerdo con lo dispuesto en 29 CFR 1926.502(d)(21) y 29 CFR 1910.140(c)(18). *El equipo personal de detención de caídas debe inspeccionarse antes de su uso, y el equipo defectuoso debe retirarse del servicio*.

Los empleadores también deben asegurarse de que se cumplen estos requisitos:

29 CFR 1926 Subparte R, Apéndice G(d)(11). Las líneas de vida deben estar protegidas contra cortes o abrasiones.

29 CFR 1926 Subparte R, Apéndice G(d)(21). Los sistemas personales de detención de caídas se inspeccionarán antes de cada uso en busca de desgaste, daños y otros deterioros, y los componentes defectuosos se retirarán del servicio.

## Otros estándares de consenso:

ANSI Z359.14 - 2021. Requisitos de seguridad para dispositivos autorretráctiles en sistemas personales de detención de caídas y rescate.

## ¿Cómo puede ayudar la OSHA?

Contamos con especialistas en asistencia para el cumplimiento por todo el país que pueden proporcionar información a empleadores y trabajadores sobre las normas de la OSHA, programas educativos breves sobre peligros específicos o derechos y responsabilidades de la OSHA, e información sobre recursos adicionales de asistencia para el cumplimiento. Ponte en contacto con tu oficina local de la OSHA para más información en www.osha.gov/contactus/bystate.

El Programa de Consultas en el Sitio de Trabajo de la OSHA ofrece servicios gratuitos y confidenciales para ayudar a las pequeñas y medianas empresas a encontrar y solucionar peligros en el lugar de trabajo. Los servicios de consulta en el sitio de trabajo son independientes de la aplicación de la ley y no dan lugar a sanciones ni citaciones. Para localizar la oficina de Consulta más cercana, visita: www.osha.gov/consultation o llama al 1-800-321-OSHA (6742).

## Derechos de los trabajadores

Los trabajadores tienen derecho a:

- Trabajar en condiciones que no supongan un riesgo de lesiones graves.
- Recibir información y entrenamiento (en un idioma y vocabulario que el trabajador entienda) sobre los peligros del lugar de trabajo, los métodos para prevenirlos y las normas de la OSHA que se aplican a su lugar de trabajo.
- Revisar los registros de lesiones y enfermedades relacionadas con el trabajo.
- Presentar una denuncia solicitando a la OSHA que inspeccione su lugar de trabajo si cree que existe un peligro grave o que su empleador no cumple las normas de la OSHA. La OSHA mantendrá la confidencialidad de todas las identidades.
- Ejercer sus derechos conforme a la ley sin represalias, incluida la denuncia de una lesión o el planteamiento de problemas de salud y seguridad a su empleador o a la OSHA. Si un trabajador ha sufrido represalias por hacer uso de sus derechos, debe presentar una denuncia ante la OSHA lo antes posible, pero en un plazo máximo de 30 días.

Para más información sobre los derechos de los trabajadores, el Programa de Protección de Denunciantes de la OSHA y otros servicios, consulta www.osha.gov/workers o www.whistleblowers.gov.

## Cómo contactar a la OSHA

Según la Ley de Seguridad y Salud Ocupacional de 1970, los empleadores son responsables de proporcionar lugares de trabajo seguros y saludables a sus empleados. El papel de la OSHA es garantizar estas condiciones a los trabajadores estadounidenses estableciendo y haciendo cumplir las normas, y proporcionando entrenamiento, educación y asistencia. Para más información, visita www.osha.gov o llama a la OSHA al 1-800-321-OSHA (6742), TTY 1-877-889-5627.

*Esta Alerta de Peligro no es una norma o reglamento, y no crea nuevas obligaciones legales. Contiene recomendaciones, así como descripciones de normas obligatorias de seguridad y salud [y otros requisitos reglamentarios]. Las recomendaciones son de naturaleza informativa y tienen por objeto ayudar a los empleadores a proporcionar un lugar de trabajo seguro y saludable. La Ley de Seguridad y Salud en el Trabajo obliga a los empleadores a cumplir las normas y reglamentos de seguridad y salud promulgados por la OSHA o por un estado con un plan estatal aprobado por la OSHA. Además, la Cláusula del Deber General de la Ley, Sección 5(a)(1), exige a los empleadores que proporcionen a sus empleados un lugar de trabajo libre de riesgos reconocidos que puedan causar la muerte o daños físicos graves. La mención de cualquier organización no gubernamental o el enlace a su sitio web en esta Alerta de Peligro no constituye una aprobación por parte de la OSHA o el NIOSH de dicha organización o de sus productos, servicios o sitio web.*





**Administración de Seguridad y Salud Ocupacional**

DOC 03/2024 HA-4415 | Lanyards and Lifelines can be Severed on Exposed Edges during Falls — Spanish