# Formulario OSHA-300
# Registro de Lesiones y
# Enfermedades Ocupacionales

**OSHA**®
Administración de Seguridad
y Salud Ocupacional

**Atención:** Este formulario contiene información relacionada a la salud de los empleados y debe ser usada de manera que proteja la confidencialidad de éstos al máximo que sea posible, mientras la información sea usada para propósitos de seguridad y salud ocupacional.

Año 20 _____

Administración de Seguridad y Salud Ocupacional

**Form approved OMB no. 1218-0176**

**Debe registrar la información sobre cada muerte y cada lesión o enfermedad relacionada con el trabajo que envuelva la pérdida de conocimiento, actividad de trabajo restringida o transferencia de trabajo, días fuera del trabajo (días calendario) o tratamiento médico más allá de los primeros auxilios. Además, debe registrar lesiones y enfermedades ocupacionales** que hayan sido diagnosticadas por un médico o un profesional licenciado en el cuidado de la salud.  También, debe registrar las lesiones y enfermedades ocupacionales que cumplan

concualquiera de los criterios de registro específicos establecidos en **29 CFR Part 1904.8 al 1904.12**.  **Puede usar** dos líneas para un sólo caso, si necesita hacerlo.  Debe completar un Informe de Incidencia de Lesión y Enfermedad (Forma OSHA 301), o forma equivalente para cada lesión o enfermedad registrada en esta hoja.

Número de Póliza CFSE _____

Nombre del Establecimiento _____

Ciudad _____ Estado _____

## Identifique la Persona | Describe el Caso | Clasifique el Caso

| (A) Núm. De Caso | (B) Nombre del Empleado | (C) Ocupación (ej.: soldador) | (D) Fecha de la Lesión o Comienzo de la Enfermedad | (E) ¿Dónde ocurrió el Evento? (ej.: área norte del almacén) | (F) Describa la lesión o enfermedad, partes del cuerpo afectadas y objeto/substancia que lesionara o enfermara directamente a la persona (ej.: quemaduras de segundo grado en el antebrazo derecho, debido a un soplete de acetileno) | Muerte (G) | Días Fuera del Trabajo (H) | Transferencia o Restricción de Trabajo (I) | Otros casos Registrables (J) | Número total de días fuera del trabajo (K) | Número total de días de transferencia o restricción de trabajo (L) | Lesión (M) (1) | Desórdenes de la Piel (2) | Condición Respiratoria (3) | Envenenamiento (4) | Pérdida de la Audición (5) | Otra Enfermedad (6) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| _____ | _____ | _____ | mes /día | _____ | _____ | ☐ | ☐ | ☐ | ☐ | ____días | ____días | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| _____ | _____ | _____ | mes /día | _____ | _____ | ☐ | ☐ | ☐ | ☐ | ____días | ____días | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| _____ | _____ | _____ | mes /día | _____ | _____ | ☐ | ☐ | ☐ | ☐ | ____días | ____días | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| _____ | _____ | _____ | mes /día | _____ | _____ | ☐ | ☐ | ☐ | ☐ | ____días | ____días | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| _____ | _____ | _____ | mes /día | _____ | _____ | ☐ | ☐ | ☐ | ☐ | ____días | ____días | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| _____ | _____ | _____ | mes /día | _____ | _____ | ☐ | ☐ | ☐ | ☐ | ____días | ____días | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| _____ | _____ | _____ | mes /día | _____ | _____ | ☐ | ☐ | ☐ | ☐ | ____días | ____días | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| _____ | _____ | _____ | mes /día | _____ | _____ | ☐ | ☐ | ☐ | ☐ | ____días | ____días | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| _____ | _____ | _____ | mes /día | _____ | _____ | ☐ | ☐ | ☐ | ☐ | ____días | ____días | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| _____ | _____ | _____ | mes /día | _____ | _____ | ☐ | ☐ | ☐ | ☐ | ____días | ____días | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| _____ | _____ | _____ | mes /día | _____ | _____ | ☐ | ☐ | ☐ | ☐ | ____días | ____días | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| _____ | _____ | _____ | mes /día | _____ | _____ | ☐ | ☐ | ☐ | ☐ | ____días | ____días | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Usando estas cuatro categorías, marque SÓLO El resultado más serio para cada caso:**

**Entrar el número de días que el empleado estuvo lesionado o enfermo:**

**Marque la columna de Lesión o seleccione un tipo de enfermedad**

**Permaneció en el Trabajo**

Totales de la Página ➤  0   0   0   0   0   0   0   0   0   0   0   0

Asegúrese de transferir estos totales a la Hoja de Resumen (Forma OSHA 300A) antes de fijarla en un lugar visible a *los empleados*.

*Página _____ de _____*



# Formulario OSHA-300A
# Resumen de Lesiones y Enfermedades Ocupacionales

Año 20 _____

Administración de Seguridad y Salud Ocupacional

**Form approved OMB no. 1218-0176**

Todos los establecimientos cubiertos por el **29 CFR Part** 1904 deben completar este Resumen, aun cuando no ocurriera alguna lesión o enfermedad ocupacional durante el año.  Recuerde revisar el Registro de Lesiones y Enfermedades Ocupacionales para verificar que todas las partidas estén llenas y correctas, antes de completar este resumen.

Usando el Registro, cuente las partidas individuales realizadas por cada categoría.  Luego, escriba el total abajo, asegurándose de haber sumado las partidas de cada una de las páginas del Registro.  Si no tiene casos registrados, escriba **0**.

Empleados, ex-empleados y sus representantes tienen el derecho de revisar **el Formulario** OSHA-300 en su totalidad.  También tienen acceso limitado al Formulario OSHA 301 o su equivalente. Ver el **29 CFR Part**  1904.35, Registro de Lesiones y Enfermedades Ocupacionales de OSHA, para más detalles sobre el acceso a estas formas.

## Número de Casos

| Número Total de Muertes | Número Total de Casos con Días Fuera del Trabajo | Número Total de Casos con Transferencia o Restricción de Trabajo | Número Total de Otros Casos Registrables |
|---|---|---|---|
| 0 | 0 | 0 | 0 |
| | (H) | (I) | (J) |

## Número de Días

(G)

| Número Total  de Días Fuera del Trabajo | Número Total de Días  de Transferencia o Restricción de Trabajo |
|---|---|
| 0 | 0 |
| (K) | (L) |

## Tipos de Lesiones y Enfermedades

Número Total de . . .

(M)

| | | | |
|---|---|---|---|
| 1) Lesiones | 0 | 4) Envenenamiento | 0 |
| 2) Desordenes de la Piel | 0 | 5) Pérdida de Audición | 0 |
| 3) Condiciones Respiratorias | 0 | 6)Todas las otras Enfermedades | 0 |

Fije este Resumen a partir del 1ro. de febrero hasta el 30 de abril del año siguiente al período cubierto por la forma.

### Información del Establecimiento

Nombre del Establecimiento _____

Calle _____

Ciudad_____, **Estado** _____ **Codigo** postal _____

**Descripción de la Industria** (Ej.: Manufactura de camiones de arrastre)

_____

**Sistema de Clasificacion de la Industria de America del Norte (NAICS), si se conce (Ej.: NAICS 336212)**

_____  _____  _____  _____  _____  _____

Información de Empleo

_____

Promedio anual del número de  empleados

_____

Total de horas trabajadas por todos los empleados

_____

Firme aquí
**A sabiendas de que el falsificar este documento puede resultar en una multa.**

Yo, certifico que he examinado este documento y que dentro de mi mejor conocimiento las partidas son ciertas, exactas y completas.

_____

Ejecutivo de la Compañía                                    Título

_____

Teléfono                                                                    /

Fecha

# ¿Cómo llenar el Resumen de Lesiones y Enfermedades Ocupacionales?

Al final del año, OSHA requiere que coloque en el Resumen, el número promedio de empleados y el total de horas trabajadas por sus empleados. Si no tiene estos números, puede usar la información de esta hoja para estimar los números que necesitará colocar en el Resumen al final del año.

## ¿Cómo conseguir el número promedio de empleados que trabajaron en su establecimiento durante el año?

¬ **Sume** el número total de empleados que su establecimiento pagó en todos los periodos de pago durante el año. Incluya a todos los empleados: tiempo completo, tiempo parcial, temporero, asalariado y por hora.

El número de empleados pagado en todos los periodos = ¬ _____

❷ **Cuente** el número de periodos de pago que su establecimiento tuvo durante el año. Asegúrese de incluir cualquier período de pago donde no tuvo empleados.

El número de periodos de pago durante el año = ∧ _____

❸ **Divida** el número de empleados entre el número de períodos de pago.

$$\frac{¬}{∧} \underline{\hspace{3cm}} = ∨ \underline{\hspace{1cm}}$$

❹ **Redondee la respuesta** al próximo número entero más alto. Escriba el número redondeado en el espacio marcado "Número promedio de empleados en el año."

El número redondeado = ⇔ _____

Por ejemplo, ABC Construction obtuvo sus promedios de esta forma:

| Períodos de Pago | ABC pagó a este número de empleados | | |
|---|---|---|---|
| 1 | 10 | Número de empleados pagados = 830 | ¬ |
| 2 | 0 | | |
| 3 | 15 | Número de periodos de pago = 26 | ∧ |
| 4 | 30 | | |
| 5 | 40 | $\frac{830}{26}$ = 31.92 | ∨ |
| ▼ | ▼ | | |
| 24 | 20 | 31.92 redondea a 32 | ⇔ |
| 25 | 15 | | |
| 26 | +10 | 32 es el número promedio de empleados en el año | |
| | 830 | | |

## ¿Cómo conseguir el total de horas trabajadas por todos los empleados?

Incluya las horas trabajadas por los empleados asalariados, contratados por hora, y a tiempo parcial, así como las horas trabajadas por otros empleados sujetos a la supervisión diaria en su establecimiento.

No incluya el tiempo de vacaciones, enfermedad, días feriados o cualquier otro tiempo no trabajado, aun cuando dicho tiempo haya sido pagado al empleado. Si su establecimiento mantiene registro sólo de las horas pagadas o si tiene empleados a los que no se les paga por hora, por favor, estime las horas que el empleado trabajó.

Si este número no está disponible, puede estimarlo usando este ejercicio opcional:

| | | |
|---|---|---|
| | 0 _____ | **Determinene** el número de empleados a tiempo completo en su establecimiento para el año. |
| ç | 0 _____ | **Multiplique** por el número de horas trabajadas en un año por un empleado a tiempo completo. |
| | 0.00 _____ | Éste es el número de horas trabajadas a tiempo completo. |
| + | 0.00 _____ | **Sume** el número de horas de cualquier exceso sobre las horas regulares de trabajo así como las horas trabajadas por los otros empleados (a tiempo parcial, temporeros, etc.) |
| | 0 _____ | **Redondee** la respuesta al próximo número entero más alto. Escriba el número redondeado en el espacio marcado "Total de horas trabajadas por todos los empleados el último año." |



# Formulario OSHA-301
# Informe de Incidente de Lesión y Enfermedad

**Atención:** Este formulario contiene información relacionada a la salud de los empleados y debe ser usada de manera que proteja la confidencialidad de éstos al máximo que sea posible, mientras la información sea usada para propósitos de seguridad y salud ocupacional.

Año 20 _____

Administración de Seguridad y Salud Ocupacional

**Form approved OMB no. 1218-0176**

---

Este Informe de Incidente de Lesión y Enfermedad es una de los primeros formularios que debe llenar cuando ocurre una lesión o enfermedad ocupacional registrable. Junto con el Registro de Lesiones y Enfermedades Ocupacionales y el Resumen de Lesiones y Enfermedades Ocupacionales, este formulario ayuda al empleador y a OSHA a desarrollar un cuadro del alcance y severidad de los incidentes ocupacionales.

Dentro de los 7 días calendario después de recibir información de que ha ocurrido una lesión o enfermedad ocupacional registrable, debe llenar este formulario equivalente. Algunos informes de los estados para la compensación de empleados, de seguros u otros informes pueden ser sustitutos aceptables. Para considerarse como un formulario equivalente, el formulario sustituta deberá incluir toda la información requerida en este formulario.

De acuerdo al 2 OSH 1904, Registros e Informes de Lesiones y Enfermedades Ocupacionales, debe conservar esta forma por un periodo de cinco (5) años después del final del año calendario al cual se refiere.

Si le hacen falta copias adicionales de este formulario, puede fotocopiarla para que utilice tantas como necesite.

Completada por _____

Título _____

Teléfono _____  _____  Fecha _____

## Información acerca del empleado

1) Nombre y Apellidos _____

2) Calle _____

Ciudad _____  Estado _____  Zona Postal _____

3) Fecha de Nacimiento _____.

4) Fecha Comenzó a Trabajar _____

5) Sexo: ☐ Masculino
       ☐ Femenino

### Información acerca del médico u otro profesional del cuidado de la salud

6) Nombre y apellidos del médico u otro profesional del cuidado de la salud

_____

_____

7) Si se dio tratamiento médico fuera del lugar de trabajo, ¿dónde fue dado?

Facilidad _____

Calle _____

Ciudad _____  Estado _____  Zona Postal _____

8) ) Fue el empleado tratado en una sala de emergencias?

     ☐ Sí      ☐ No

9) ¿Fue hospitalizado el empleado como paciente durante la noche?

     ☐ Sí      ☐ No

## Información acerca del caso

10) Número del caso en el Registro _____ (Transfiera el número del caso del Registro después de anotar el caso).

11) Fecha de la lesión o enfermedad _____

12) Hora en que el empleado empezó a trabajar _____AM / PM

13) Hora del evento _____ AM / PM ☐ Marque aquí si la hora no puede ser determinada

14) ) Qué estaba haciendo el empleado justo antes de que ocurriera el incidente? Describa la actividad, así como las herramientas, equipo o material que el empleado estaba usando. Ejemplos: subiendo una escalera mientras cargaba materiales al techo; rociando cloro con rociadora de mano.

15) ¿Qué ocurrió? Indique cómo ocurrió la lesión. Ejemplos: Cuando la escalera resbaló en el piso mojado, el empleado cayó de 20 pies de altura; El empleado se roció con cloro cuando la junta se rompió durante el reemplazo.

16) ¿Cuál fue la lesión o enfermedad? Indique la parte del cuerpo que fue afectada; sea más específico que "se lastimó," "le dolió." Ejemplos: torcedura de la espalda, quemadura química en la mano.

17) ) Qué objeto o sustancia dañó directamente al empleado? Ejemplos: piso de cemento; cloro. Si esta pregunta no aplica al incidente, deje en blanco.

18) Si el empleado muere, ) cuándo ocurrió la muerte? Fecha de la muerte _____.