# OSHA's Form 300 (Rev. 04/2004)
## Log of Work-Related Injuries and Illnesses

**Note: You can type input into this form and save it.**
Because the forms in this recordkeeping package are "fillable/writable" PDF documents, you can type into the input form fields and then save your inputs using the free Adobe PDF Reader. In addition, the forms are programmed to auto-calculate as appropriate.

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.

*Year 20* ___

**U.S. Department of Labor**
*Occupational Safety and Health Administration*

Form approved OMB no. 1218-0176

**Please Record:**
- *Information about every work-related death and about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid.*
- *Significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional.*
- *Work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR Part 1904.8 through 1904.12.*

**Reminders:**
- *Complete an Injury and Illness Incident Report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure whether a case is recordable, call your local OSHA office for help.*
- *Feel free to use two lines for a single case if you need to.*
- *Complete the 5 steps for each case.*

Establishment name _____

City _____    State _____

**Step 1. Identify the person**

| (A) Case no. | (B) Employee's name | (C) Job title (e.g., Welder) |
|---|---|---|

**Step 2. Describe the case**

| (D) Date of injury or onset of illness (e.g., 2/10) | (E) Where the event occurred (e.g., Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill (e.g., Second degree burns on right forearm from acetylene torch) |
|---|---|---|

**Step 3. Classify the case**

*SELECT ONLY ONE circle based on the most serious outcome:*

| Death (G) | Days away from work (H) | Remained at Work — Job transfer or restriction (I) | Remained at Work — Other record-able cases (J) |
|---|---|---|---|

**Step 4.**

*Enter the number of days the injured or ill worker was:*

| Away from work (K) | On job transfer or restriction (L) |
|---|---|
| ___ days | ___ days |

**Step 5.**

*Select one column:*

| (M) Injury (1) | Illness — Skin disorder (2) | Respiratory condition (3) | Poisoning (4) | Hearing loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|

Reset (×10 rows)

**Page totals** ▶  0   0   0   0   0   0   0   0   0   0   0   0

| Injury (1) | Skin disorder (2) | Respiratory condition (3) | Poisoning (4) | Hearing loss (5) | All other illnesses (6) |
|---|---|---|---|---|---|

*Be sure to transfer these totals to the Summary page (Form 300A) before you post it.*

**Add a Form Page**

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instructions, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any other aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistical Analysis, Room N-3644, 200 Constitution Avenue, NW, Washington, DC 20210. Do not send the completed forms to this office.

# OSHA's Form 300A (Rev. 04/2004)

## Summary of Work-Related Injuries and Illnesses

**Note: You can type input into this form and save it.**
Because the forms in this recordkeeping package are "fillable/writable" PDF documents, you can type into the input form fields and then save your inputs using the free Adobe PDF Reader.

*Year 20* ____

**U.S. Department of Labor**
*Occupational Safety and Health Administration*



Form approved OMB no. 1218-0176

*All establishments covered by Part 1904 must complete this Summary page, even if no work-related injuries or illnesses occurred during the year. Remember to review the Log to verify that the entries are complete and accurate before completing this summary.*

*Using the Log, count the individual entries you made for each category. Then write the totals below, making sure you've added the entries from every page of the Log. If you had no cases, write "0."*

*Employees, former employees, and their representatives have the right to review the OSHA Form 300 in its entirety. They also have limited access to the OSHA Form 301 or its equivalent. See 29 CFR Part 1904.35, in OSHA's recordkeeping rule, for further details on the access provisions for these forms.*

### Number of Cases

| Total number of deaths | Total number of cases with days away from work | Total number of cases with job transfer or restriction | Total number of other recordable cases |
|---|---|---|---|
| 0 | 0 | 0 | 0 |
| (G) | (H) | (I) | (J) |

### Number of Days

| Total number of days away from work | Total number of days of job transfer or restriction |
|---|---|
| 0 | 0 |
| (K) | (L) |

### Injury and Illness Types

Total number of . . .
(M)

| (1) Injuries | 0 | (4) Poisonings | 0 |
|---|---|---|---|
| (2) Skin disorders | 0 | (5) Hearing loss | 0 |
| (3) Respiratory conditions | 0 | (6) All other illnesses | 0 |

### Establishment information

**Your establishment name** _____

Street _____

City _____ State _____ Zip _____

Industry description (*e.g., Manufacture of motor truck trailers*)

_____

North American Industrial Classification (NAICS), if known (e.g., 336212)

⬚⬚⬚⬚⬚⬚

**Employment information** *(If you don't have these figures, see the Worksheet on the next page to estimate.)*

Annual average number of employees _____

Total hours worked by all employees last year _____

### Sign here

**Knowingly falsifying this document may result in a fine.**

I certify that I have examined this document and that to the best of my knowledge the entries are true, accurate, and complete.

_____    _____
Company executive    Title

Phone _____ Date _____

**Reset**

**Post this Summary page from February 1 to April 30 of the year following the year covered by the form.**

Public reporting burden for this collection of information is estimated to average 58 minutes per response, including time to review the instructions, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any other aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistical Analysis, Room N-3644, 200 Constitution Avenue, NW, Washington, DC 20210. Do not send the completed forms to this office.

**Optional**

**Note: You can type input into this form and save it.**
Because the forms in this recordkeeping package are "fillable/ writable" PDF documents, you can type into the input form fields and then save your inputs using the free Adobe PDF Reader. In addition, the forms are programmed to auto-calculate as appropriate.

# Worksheet to Help You Fill Out the  Summary

*At the end of the year, OSHA requires you to enter the average number of employees and the total hours your employees worked on the Summary. If you don't have these figures, you can use the information on this page to estimate the numbers you will need to enter on the Summary page.*

*If you pay about the same number of employees every pay period throughout the year (e.g., about 100), then you can use that number as your annual average employment. If the number of employees fluctuates from pay period to pay period (e.g., your business is seasonal or your establishment grew or shrunk during the year), then you should use the formula below to calculate employment average.*

**How to figure the average number of employees who worked for your establishment during the year:**

❶ **Add up** and then enter the number of employees your establishment paid **IN EACH PAY PERIOD** during the year. Be sure to include all employees: full-time, part-time, temporary, seasonal, salaried, and hourly.

The total number of employees paid in all pay periods throughout the year = ❶ _____

❷ **Count** and then enter the number of pay periods your establishment had during the year. Be sure to include any pay periods when you had no employees. For example, enter 26 if you have biweekly pay periods or 52 if you have weekly pay periods.

The number of pay periods during the year = ❷ _____

❸ **Divide** the number of employees by the number of pay periods. (See auto-calc.)

$$\frac{❶\ 0}{❷\ 0} = ❸\ 0.00$$

❹ **Round the answer** to the next highest whole number (See auto-calc.). Write the rounded number in the blank on the Summary page marked *Annual average number of employees.*

The number rounded  = ❹ 0 _____

For example, Acme Construction figured its average employment this way:

**In this pay period . . . Acme paid this many employees . . .**

| In this pay period | Acme paid this many employees |
|---|---|
| 1 | 10 |
| 2 | 0 |
| 3 | 15 |
| 4 | 30 |
| 5 | 40 |
| ▼ | ▼ |
| 24 | 20 |
| 25 | 15 |
| 26 | +10 |
|  | 830 |

Number of employees paid = 830 ❶

Number of pay periods = 26 ❷

$\dfrac{830}{26} = 31.92$ ❸

31.92 rounds to 32 ❹

32 is the annual average number of employees

**Note:** Review your annual average number of employees to ensure it makes sense. Is it about the same as the number of employees working at your establishment on any given day? Is it bigger than your smallest number of employees in a pay period? Is it smaller than your biggest number of employees in a pay period? If the answer to any of these questions is "no," then the calculation may be incorrect.

Note: You **CANNOT** divide the total number of W2s by the number of pay periods to calculate average employment. You must add up the number of employees paid **IN EACH PAY PERIOD** and then divide by the number of pay periods.

**How to figure the total hours all employees worked:**

Include hours worked by salaried, hourly, part-time, and seasonal workers, as well as hours worked by other workers subject to day-to-day supervision by your establishment (e.g., temporary help service workers).

Do not include vacation, sick leave, holidays, or any other non-work time, even if employees were paid for it. If your establishment keeps records of only the hours paid, or if you have employees who are not paid by the hour, please estimate the hours that the employees actually worked.

If this number isn't available, you can use this optional worksheet to estimate it.

### Optional Worksheet

_____ **Find** the number of full-time employees in your establishment for the year.

X_____ **Multiply** by the number of work hours for a full-time employee in a year.

_____ This is the number of full-time hours worked.

+_____ **Add** the number of any overtime hours as well as the hours worked by other employees (part-time, temporary, seasonal).

0.00_____ **Round** the answer to the next highest whole number. Write the rounded number in the blank on the Summary page marked *Total hours worked by all employees last year*.

Reset



*U.S. Department of Labor*
*Occupational Safety and Health Administration*

# OSHA's Form 301 (Rev. 04/2004)
# Injury and Illness Incident Report

**Note: You can type input into this form and save it.** Because the forms in this recordkeeping package are "fillable/writable" PDF documents, you can type into the input form fields and then save your inputs using the free Adobe PDF Reader. In addition, the forms are programmed to auto-calculate as appropriate.

**Attention:** This form contains information relating to employee health and must be used in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health purposes.



**U.S. Department of Labor**
Occupational Safety and Health Administration

Form approved OMB no. 1218-0176

This *Injury and Illness Incident Report* is one of the first forms you must fill out when a recordable work-related injury or illness has occurred. Together with the *Log of Work-Related Injuries and Illnesses* and the accompanying *Summary,* these forms help the employer and OSHA develop a picture of the extent and severity of work-related incidents.

Within 7 calendar days after you receive information that a recordable work-related injury or illness has occurred, you must fill out this form or an equivalent. Some state workers' compensation, insurance, or other reports may be acceptable substitutes. To be considered an equivalent form, any substitute must contain all the information asked for on this form.

According to Public Law 91-596 and 29 CFR 1904, OSHA's recordkeeping rule, you must keep this form on file for 5 years following the year to which it pertains.

If you need additional copies of this form, you may photocopy the printout or insert additional form pages in the PDF, and then use as many as you need.

**Completed by** _____

**Title** _____

**Phone** _____ **Date** _____
Month Day Year

### Information about the employee

1) **Full name** _____

2) **Street** _____

   **City** _____ **State** _____ **ZIP** [____]

3) **Date of birth** _____
   Month    Day    Year

4) **Date hired** _____
   Month    Day    Year

5) ○ Male  ○ Female

### Information about the physician or other health care professional

6) **Name of physician or other health care professional**
_____

7) **If treatment was given away from the worksite, where was it given?**

   **Facility** _____

   **Street** _____

   **City** _____ **State** _____ `ZIP [____]

8) **Was employee treated in an emergency room?**
   ○ Yes
   ○ No

9) **Was employee hospitalized overnight as an in-patient?**
   ○ Yes
   ○ No

### Information about the case

10) **Case number from the *Log*** _____ *(Transfer the case number from the Log after you record the case.)*

11) **Date of injury or illness** _____
    Month    Day    Year

12) **Time employee began work** (HH:MM) _____ ○ AM ○ PM

13) **Time of event** (HH:MM) _____ ○ AM ○ PM ○ Check if time cannot be determined

**\* Re fields 14 to 17:** Please do not include any personally identifiable information (PII) pertaining to worker(s) involved in the incident (e.g., no names, phone numbers, or Social Security numbers).

14)\* *What was the employee doing just before the incident occurred?* Describe the activity, as well as the tools, equipment, or material the employee was using. Be specific. *Examples:* "climbing a ladder while carrying roofing materials"; "spraying chlorine from hand sprayer"; "daily computer key-entry."

15)\* *What Happened?* Tell us how the injury occurred. *Examples:* "When ladder slipped on wet floor, worker fell 20 feet"; "Worker was sprayed with chlorine when gasket broke during replacement"; "Worker developed soreness in wrist over time."

16)\* *What was the injury or illness?* Tell us the part of the body that was affected and how it was affected. *Examples:* "strained back"; "chemical burn, hand"; "carpal tunnel syndrome."

17)\* *What object or substance directly harmed the employee? Examples:* "concrete floor"; "chlorine"; "radial arm saw." *If this question does not apply to the incident, leave it blank.*

18) *If the employee died, when did death occur?* **Date of death** _____
    Month    Day    Year

[ Add a Form Page ]     [ Reset ]

Public reporting burden for this collection of information is estimated to average 22 minutes per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Persons are not required to respond to the collection of information unless it displays a current valid OMB control number. If you have any comments about this estimate or any other aspects of this data collection, including suggestions for reducing this burden, contact: US Department of Labor, OSHA Office of Statistical Analysis, Room N-3644, 200 Constitution Avenue, NW, Washington, DC 20210. Do not send the completed forms to this office.